**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California (State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | GRDN Hospitality, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | Three Weavers Brewing Company, LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 86-2281122 |
| 4. | **Debtor's address** | **Principal place of business** <br> 1031 Manchester Boulevard <br> Number  Street <br> Unit A-E <br> Inglewood,  CA  90301 <br> City  State  ZIP Code <br><br> County <br><br> **Mailing address, if different from principal place of business** <br> Number  Street <br> P.O. Box <br> Inglewood,  CA  90301 <br> City  State  ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> Number  Street <br><br> City  State  ZIP Code |
| 5. | **Debtor's website** (URL) | www.threeweavers.la |

Debtor  GRDN Hospitality, LLC  
_____Name_____

Case number (*if known*)_____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply*:
     - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☑ No
   - ☐ Yes.  District _____ When ___/___/_____ Case number _____
     MM / DD / YYYY
     District _____ When ___/___/_____ Case number _____
     MM / DD / YYYY

Debtor  **GRDN Hospitality, LLC**                                         Case number (*if known*)_____
       Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                          MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number     Street
                              _____
                              _____   _____  _____
                              City                              State   ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:
    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☐ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000
    ☑ 50-99         ☐ 5,001-10,000      ☐ 50,001-100,000
    ☐ 100-199       ☐ 10,001-25,000     ☐ More than 100,000
    ☐ 200-999

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**

Debtor: GRDN Hospitality, LLC

Case number (if known): _____

**16. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07 24 2025
MM / DD / YYYY

X _____ Lynne Weaver
Signature of authorized representative of debtor    Printed name

Title: CEO / Manager

**18. Signature of attorney**

X _____    Date 07/24/2025
Signature of attorney for debtor    MM / DD / YYYY

Gregory K. Jones
Printed name

Stradling Yocca Carlson & Rauth LLP
Firm name

10100 N. Santa Monica Blvd., Suite 1450
Number  Street

Los Angeles    CA    90067
City    State    ZIP Code

424-214-7000    gjones@stradlinglaw.com
Contact phone    Email address

181072    California
Bar number    State

GREGORY K. JONES, State Bar No. 181072
gjones@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
10100 N. Santa Monica Blvd, Suite 1450
Los Angeles, CA 90067
Telephone: (424) 214-7000
Facsimile: (424) 214-7010

Proposed Counsel for GRDN Hospitality, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DIVISION OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re:<br><br>GRDN Hospitality, LLC, d/b/a Three Weavers Brewing Company,<br><br>　　　　Debtor. | CASE NO.<br><br>Chapter 11<br><br>**DECLARATION OF GREGORY K. JONES REGARDING DOCUSIGN SUBMISSIONS BY DEBTOR'S REPRESENTATIVE** |
|---|---|

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

4909-6006-4344v1/105909-0004

# DECLARATION OF GREGORY K. JONES

I, Gregory K. Jones, hereby declare:

1. I am over the age of eighteen and am authorized to make this declaration regarding the above-captioned chapter 11 case filed by GRDN Hospitality, LLC, d/b/a Three Weavers Brewing Company (the "Debtor"). I make this declaration in support of the Debtor's initial chapter 11 filing. The statements set forth in this declaration are based upon my own personal knowledge or based on information and belief, and if called to testify, I could and would, without waiver of any applicable privilege, testify that the facts stated in this declaration are true and correct to the best of my knowledge and information.

2. Ms. Lynne Weaver is the Debtor's director and Chief Executive Officer. I declare, under penalties of perjury under the laws of the United States, that I obtained oral verification from Lynne Weaver that she intended to sign the following documents electronically:

   a. "Resolutions of Member Authorizing Filing of Chapter 11 Bankruptcy Case and Related Matters;" and

   b. "Statement of Related Cases, Information Required by LBR 1015-2, United States Bankruptcy Court, Central District of California."

Executed this 24th day of July, 2025, at Ventura, California.

                                 _/s/ *Gregory K. Jones*_
                                     Gregory K. Jones

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

-1-

4909-6006-4344v1/105909-0004