(fer) studio

Attn: (fer) studio

1159 East Hyde Park Blvd

Inglewood, CA 90302


1 Touch Office Technology

PO Box 2226

Gardena, CA 90247


Airgas National Carbonation

PO Box 734673

Dallas, TX 75373-4673


Airgas USA LLC

PO Box 102289

Pasadena, CA 91189-2289


American Express Credit Card

American Express Business

PO Box 981535

El Paso, TX 79998-1535

Anachem Laboratories, LLC

140 Standard St

El Segundo, CA 90245-3832

Anthem Health Ins

Anthem Blue Cross

PO Box 659960

San Antonio, TX 78265-9146

Beleza Designs, LLC

Attn: General

62 Azure Pass Dr.

Katy, TX 77494

Belmark Inc

PO Box 8814

Carol Stream, IL 60197-8814

Berkeley Yeast

2451 Peralta St

Oakland, CA 94607

Blue Label

3750 Lancaster New Lexington Rd SE

Lancaster, OH 43130

Brewers Association

PO Box 1679

Boulder, CO 80306

BSG Craftbrewing

Attn: BSG

PO BOX 74769

Chicago, IL 60694-4769

California Bank & Trust Visa Card

California Bank & Trust

PO Box 85861

San Diego, CA 92186-5861

California Department of Tax and Fee Administration

PO Box 942879

Sacramento, CA 94279

California Craft Brewers Association

PO Box 807

Sacramento, CA 95812

California Franchise Tax Board

PO Box 942857

Sacramento, CA 94257-0531

Citibank- Citi.com

Citi Advantage Credit Card

PO Box 70166

Philadelphia, PA 19176-0166

City of Inglewood

PO Box 743543

Los Angeles, CA 90074-3543

CLS Farms

7810 Robillard Road

Moxee, WA 98936

Coastal Carbonic

PO Box 266

Stanton, CA 90680

Concur Technologies, Inc

62157 Collections Center Drive

Chicago, IL 60693

Crosby Hops

18564 Arbor Grove Rd NE

Woodburn, OR 97071

Crowler Nation

Attn: Crowler Accounting Team

1820 Industrial Circle

Longmont, CO 80501

Crown Carton Company Inc

1820 E 48th Pl. Unit C

Los Angeles, CA 90058

Cucamonga Medical Equipment

and Supplies

8400 Maple Place Suite 104

Rancho Cucamonga, CA 91730

D & D Engineering

119 W Hyde Park Blvd

Inglewood, CA 90302

Department of the Treasury Alcohol

and Tobacco Tax and Trade Bureau

PO Box 790353

St. Louis, MO 63179-0353

Dept of Industrial Relations

PO Box 511232

Los Angeles, CA 90051-3030

Dewey Pest Control

PO Box 7114

Pasadena, CA 91109-7214

DMM Packaging Inc

2401 Simpson St  Ste A

Kingsburg, CA 93631

Don Thornburgh

466 Foothill Boulevard  #220

La Canada Flintridge, CA 91011

Equipment Depot

12393 Slauson Ave

Whittier, CA 90606

Eurofins Microbiology

Laboratories, Inc

8430 W. Bryn Mawr Ave

Chicago, IL 60631

First Rate Electric

Attn: Neville Milburn

5608 Clearsite St

Torrance, CA 90505-3254


Future Plan by Ascencus

23693 Network Place

Chicago, IL 60673-1236


Givaudan Flavors Corporation

1199 Edison Dr

Cincinnati, OH 45216


Grandstand

PO Box 3497

Wichita, KS 67201


Greater Los Angeles Zoo Association

5333 Zoo Drive

Los Angeles, CA 90027

GS1 US, Inc

Dept 781271, PO Box 78000

Detroit, MI 48278-1271


Indie Hops

2505 SE 11th Avenue

Portland, OR 97202


InTouch Labels & Packaging

12 Technology Drive

North Chelmsford, MA 01863


John I. Haas

Attn: 3W,Chris

1600 River Road

Yakima, WA 98902


Kaiser

PO Box 741562

Los Angeles, CA 90074-1562

Key Air Conditioning Co.

10905 Laurel Ave

Santa Fe Springs, CA 90670


KHS USA, Inc

PO Box 681014

Chicago, IL 60695-2014


KJ Can West, LLC (Can-One)

1441 Huntington Drive

South Pasadena, CA 91030


LAX Equipment Inc

830 West Florence Avenue

Inglewood, CA 90301


Leverage House

1717 Capitol Ave

Sacramento, CA 95811

Linwood Engineering, Inc

Attn: AP

2301 Dupont Drive

Irvine, CA 92612

Live Oak Bank

Attn: Keilah Spooner

Associate Special Assets

Officer, SBB

1757 Tiburon Drive

Wilmington, NC 28403

Live Oak Line of Credit

1741 Tiburon Dr

Wilmington, NC 28403

Live Oak SBA Loan

1741 Tiburon Dr

Wilmington, NC 28403

Long Beach Jerky Co.

1859 Berkshire Drive

Fullerton, CA 92833



Los Angeles County Fire Department

PO Box 513148

Los Angeles, CA 90051-1148



Los Angeles County

Sanitation District

PO Box 4998

Whittier, CA 90607-4998



Los Angeles County Tax Collector

PO Box 514818

Los Angeles, CA 90051-4818



Lyneer Staffing

PO Box 88911

Milwaukee, WI 53288-8911

Manchester Business Park

8740 S. Sepulveda Blvd

Ste 100

Los Angeles, CA 90045

McCune Mechanical (ACH)

174441 Brooklyn Avenue

Yorba Linda, CA 92886

MCG Boilers, Inc

PO Box 913

Chino Hills, CA 91709

Microstar Keg Management, LLC

PO BOX 912392

Denver, CO 80291-2391

Motus, LLC

60 South Street

Boston, MA 02111

MUN CPAs

2901 Douglas Blvd.

Ste 290

Roseville, CA 95661

Oregon Fruit Products LLC

Attn: Chris

PO Box 13490

Salem, OR 97309

Pneumatic Scale Angelus

25236 Network Place

Chicago, IL 60673-1252

Pro Refrigeration, Inc

326 8th Street SW

Auburn, WA 98001

Prospero Equipment Corporation

7787 Bell Road

Windsor, CO 95492

Saxco

PO Box 848701

Los Angeles, CA 90084-8701

So Cal Gas

PO Box C

Monterey Park, CA 91756-5111

Southern California Edison

PO Box 300

Rosemead CA 91772-0002

Sovereign Flavors Inc

Attn: Belen

4020 W Chandler Ave

Santa Ana, CA 92704

Sovos Compliance, LLC

PO Box 347977

Pittsburgh, PA 15251-4977

Spectrum Business

PO Box 60074

City of Industry, CA 91716-0074


Swift Chip Inc

9415 Culver Blvd.

Culver City, CA 90232


Systems Interface Inc

10802 47th Ave W

Mukilteo, WA 98275


The Hanover Insurance Group

PO Box 580045

Charlotte, NC 28258-0045


Twining

2883 East Spring St

Ste 300

Long Beach, CA 90806

Uline

PO Box 88741

Chicago, IL 60680-1741


UPS

28013 Network Pl

Chicago, IL 60673-1280


Vantaggio HR, Ltd.

31726 Rancho Viejo Rd

Ste 202

San Juan Capistrano, CA 92675


Verizon

PO Box 660108

Dallas, TX 75266-0108


VIP

402 Watertower Cir.

Colchester, VT 05446

WHC Lab

Prospect Lower, Newcastle

Wicklow, Co A63H0K8



Yakima Chief Hops LLC

Attn: YCH Orders

306 Division St

Yakima, WA 98902



Yervant Krikorian

1555 Temescal Ave

Norco, CA 92860



Zee Company Inc

412 Georgia Ave STE 300

Chattanooga, TN 37403



Zion Packaging (formerly Aluminati)

1695 California Avenue

Corona, CA 92881