| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STRADLING YOCCA CARLSON & RAUTH LLP<br>Gregory K. Jones (SBN 181072)<br>gjones@stradlinglaw.com<br>10100 N. Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067<br>Telephone: (424) 214-7000<br>Facsimile: (424) 214-7010<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>GRDN Hospitality, LLC<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:25-bk-16321-DS<br>CHAPTER: 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>☒ No hearing: LBR 9013-1(q)<br>☐ Hearing information<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
|---|---|

1. <u>Bar Date</u>. The court has set a deadline of (*date*) October 10 , 20 25  (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☒ 255 East Temple Street, Los Angeles, CA 90012      ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367  ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. <u>Form</u>. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. <u>Exceptions to the Bar Date</u>. Exceptions to the Bar Date include, but are not limited to, the following:

   (a) <u>Executory contracts/unexpired leases</u>. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*      Page 1      **F 3003-1.NOTICE.BARDATE**

(b) <u>Governmental units</u>. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on (*date*) __07/24/2025__, and therefore calculates that this deadline is (*date*) __01/20/2026__). *See* 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) <u>Avoidance</u>. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

(d) <u>Agreed claims</u>. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated or unknown, <u>or</u> if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you <u>must</u> timely filed a Proof of Claim as set forth in this Notice.

4. <u>11 U.S.C. § 503(b)(9) Claims</u>. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: *Section 12 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); and (v) the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) <u>and</u> 503(b)(9)**.

5. <u>Interest Holders</u>. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: __07/29/2025__

By: __/s/ Gregory K. Jones__
Signature of Debtor, chapter 11 trustee, or their attorney

Name: __Gregory K. Jones__
Printed name of Debtor, chapter 11 trustee, or their attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 3003-1.NOTICE.BARDATE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10100 N. Santa Monica Blvd., Suite 1450, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __07/29/2025__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Service List

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) __07/29/2025__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See Attached Mailing List

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/29/2025 | Suzanne Johnson | /s/ Suzanne Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    **F 3003-1.NOTICE.BARDATE**

## ***SERVICE LIST***

**2:25-bk-16321-DS Notice will be electronically mailed to:**

*Moriah Douglas ("Doug") Flahaut (TR)*
*df@echoparklegal.com, C194@ecfcbis.com*

*Gregory K Jones on behalf of Debtor GRDN Hospitality, LLC*
*gjones@stradlinglaw.com, smjohnson@sycr.com;smjohnson@stradlinglaw.com*

*Noreen A Madoyan on behalf of U.S. Trustee United States Trustee (LA)*
*Noreen.Madoyan@usdoj.gov*

*United States Trustee (LA)*
*ustpregion16.la.ecf@usdoj.gov*

# *MAILING LIST*

*1 Touch Office Technology*
*PO Box 2226*
*Gardena, CA 90247*

*Airgas National Carbonation*
*PO Box 734673*
*Dallas, TX 75373-4673*

*Airgas USA LLC*
*PO Box 102289*
*Pasadena, CA 91189-2289*

*American Express Credit Card*
*American Express Business*
*PO Box 981535*
*El Paso, TX 79998-1535*

*Anachem Laboratories, LLC*
*140 Standard St*
*El Segundo, CA 90245-3832*

*Anthem Health Ins*
*Anthem Blue Cross*
*PO Box 659960*
*San Antonio, TX 78265-9146*

*Beleza Designs LLC*
*Attn General*
*62 Azure Pass Dr*
*Katy, TX 77494*

*Belmark Inc*
*PO Box 8814*
*Carol Stream, IL 60197-8814*

*Berkeley Yeast*
*2451 Peralta St*
*Oakland, CA 94607*

*Blue Label*
*3750 Lancaster New Lexington Rd SE*
*Lancaster, OH 43130*

*Brewers Association*
*PO Box 1679*
*Boulder, CO 80306*

*BSG Craftbrewing*
*Attn BSG*
*PO BOX 74769*
*Chicago, IL 60694-4769*

*California Bank & Trust Visa Card*
*California Bank & Trust*
*PO Box 85861*
*San Diego, CA 92186-5861*

*California Department of Tax*
*and Fee Administration*
*PO Box 942879*
*Sacramento, CA 94279-0055*

*California Craft Brewers Association*
*PO Box 807*
*Sacramento, CA 95812*

*California Franchise Tax Board*
*PO Box 942857*
*Sacramento, CA 94257-0531*

*Cameron Welding Supply*
*PO Box 266*
*Stanton, CA 90680*

*Citibank-Citi.com*
*Citi Advantage Credit Card*
*PO Box 70166*
*Philadelphia, PA 19176-0166*

*City of Inglewood*
*PO Box 743543*
*Los Angeles, CA 90074-3543*

*CLS Farms*
*7810 Robillard Road*
*Moxee, WA 98936*

Concur Technologies Inc
62157 Collections Center Drive
Chicago, IL 60693

Crosby Hops
18564 Arbor Grove Rd NE
Woodburn, OR 97071

Crowler Nation
Attn Crowler Accounting Team
1820 Industrial Circle
Longmont, CO 80501

Crown Carton Company Inc
1820 E 48th Pl Unit C
Los Angeles, CA 90058

Cucamonga Medical Equipment
and Supplies
8400 Maple Place Suite 104
Rancho Cucamonga, CA 91730

D & D Engineering
119 W Hyde Park Blvd
Inglewood, CA 90302

Department of the Treasury Alcohol
and Tobacco Tax and Trade Bureau
PO Box 790353
St. Louis, MO 63179-0353

Dept of Industrial Relations
PO Box 511232
Los Angeles, CA 90051-3030

Dewey Pest Control
PO Box 7114
Pasadena, CA 91109-7214

DMM Packaging Inc
2401 Simpson St Ste A
Kingsburg, CA 93631

Don Thornburgh
466 Foothill Boulevard #220
La Canada Flintridge, CA 91011

*Equipment Depot*
*12393 Slauson Ave*
*Whittier, CA 90606*

*Eurofins Microbiology*
*Laboratories Inc*
*8430 W Bryn Mawr Ave*
*Chicago, IL 60631*

*Fer studio*
*Attn Fer studio*
*1159 East Hyde Park Blvd*
*Inglewood, CA 90302*

*First Rate Electric*
*Attn Neville Milburn*
*5608 Clearsite St*
*Torrance, CA 90505-3254*

*Future Plan by Ascencus*
*23693 Network Place*
*Chicago, IL 60673-1236*

*Givaudan Flavors Corporation*
*1199 Edison Dr*
*Cincinnati, OH 45216*

*Grandstand*
*PO Box 3497*
*Wichita, KS 67201*

*Greater Los Angeles Zoo Association*
*5333 Zoo Drive*
*Los Angeles, CA 90027*

*GS1 US Inc*
*Dept 781271*
*PO Box 78000*
*Detroit, MI 48278-1271*

*Indie Hops*
*2505 SE 11th Avenue*
*Portland, OR 97202*

*InTouch Labels & Packaging*
*12 Technology Drive*
*North Chelmsford, MA 01863*

*John I. Haas*
*Attn 3W  Chris*
*1600 River Road*
*Yakima, WA 98902*

*Kaiser*
*PO Box 741562*
*Los Angeles, CA 90074-1562*

*Key Air Conditioning Co*
*10905 Laurel Ave*
*Santa Fe Springs, CA 90670*

*KHS USA Inc*
*PO Box 681014*
*Chicago, IL 60695-2014*

*KJ Can West LLC (Can-One)*
*1441 Huntington Drive*
*South Pasadena, CA 91030*

*LAX Equipment Inc*
*830 West Florence Avenue*
*Inglewood, CA 90301*

*Leverage House*
*1717 Capitol Ave*
*Sacramento, CA 95811*

*Linwood Engineering Inc*
*Attn AP*
*2301 Dupont Drive*
*Irvine, CA 92612*

*Live Oak Bank*
*Attn Keilah Spooner Assoc SA OfcSBB*
*1757 Tiburon Drive*
*Wilmington, NC 28403*

*Live Oak Line of Credit*
*1741 Tiburon Dr*
*Wilmington, NC 28403*

*Live Oak SBA Loan*
*1741 Tiburon Dr*
*Wilmington, NC 28403*

*Long Beach Jerky Co*
*1859 Berkshire Drive*
*Fullerton, CA 92833*

*Los Angeles County Fire Department*
*PO Box 513148*
*Los Angeles, CA 90051-1148*

*Los Angeles County*
*Sanitation District*
*PO Box 4998*
*Whittier, CA 90607-4998*

*Los Angeles County Tax Collector*
*Attn Bankruptcy Unit*
*PO Box 54110*
*Los Angeles, CA 90054-0110*

*Lyneer Staffing*
*PO Box 88911*
*Milwaukee, WI 53288-8911*

*Manchester Business Park*
*8740 S Sepulveda Blvd*
*Ste 100*
*Los Angeles, CA 90045*

*McCune Mechanical*
*174441 Brooklyn Avenue*
*Yorba Linda, CA 92886*

*MCG Boilers Inc*
*PO Box 913*
*Chino Hills, CA 91709*

*Microstar Keg Management LLC*
*PO BOX 912392*
*Denver, CO 80291-2391*

*Motus LLC*
*60 South Street*
*Boston, MA 02111*

*MUN CPAs*
*2901 Douglas Blvd*
*Ste 290*
*Roseville, CA 95661*

*Oregon Fruit Products LLC*
*Attn Chris*
*PO Box 13490*
*Salem, OR 97309*

*Pneumatic Scale Angelus*
*25236 Network Place*
*Chicago, IL 60673-1252*

*Pro Refrigeration Inc*
*326 8th Street SW*
*Auburn, WA 98001*

*Prospero Equipment Corporation*
*7787 Bell Road*
*Windsor, CO 95492*

*Saxco*
*PO Box 848701*
*Los Angeles, CA 90084-8701*

*So Cal Gas*
*PO Box C*
*Monterey Park, CA 91756-5111*

*Southern California Edison*
*1551 W San Bernardino Road*
*Covina CA 91722-3407*

*Sovereign Flavors Inc*
*Attn Belen*
*4020 W Chandler Ave*
*Santa Ana, CA 92704*

*Sovos Compliance LLC*
*PO Box 347977*
*Pittsburgh, PA 15251-4977*

*Spectrum Business*
*PO Box 60074*
*City of Industry, CA 91716-0074*

*Swift Chip Inc*
*9415 Culver Blvd*
*Culver City, CA 90232*

*Systems Interface Inc*
*10802 47th Ave W*
*Mukilteo, WA 98275*

*The Hanover Insurance Group*
*PO Box 580045*
*Charlotte, NC 28258-0045*

*Twining*
*2883 East Spring St*
*Ste 300*
*Long Beach, CA 90806*

*Uline*
*PO Box 88741*
*Chicago, IL 60680-1741*

*UPS*
*28013 Network Pl*
*Chicago, IL 60673-1280*

*Vantaggio HR Ltd*
*31726 Rancho Viejo Rd*
*Ste 202*
*San Juan Capistrano, CA 92675*

*Verizon*
*PO Box 660108*
*Dallas, TX 75266-0108*

*VIP*
*402 Watertower Cir*
*Colchester, VT 05446*

*WHC Lab*
*Prospect Lower, Newcastle*
*Wicklow, Co A63H0K8*

*Yakima Chief Hops LLC*
*Attn YCH Orders*
*306 Division St*
*Yakima, WA 98902*

*Yervant Krikorian*
*1555 Temescal Ave*
*Norco, CA 92860*

*Zee Company Inc*
*412 Georgia Ave Ste 300*
*Chattanooga, TN 37403*

*Zion Packaging (formerly Aluminati)*
*1695 California Avenue*
*Corona, CA 92881*


*Doug Flahaut*
*2210 W. Sunset Blvd., #301*
*Los Angeles, CA 90026*