GREGORY K. JONES, State Bar No. 181072
 gjones@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
10100 N. Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Telephone: 424-214-7000
Facsimile: 424-214-7010

Proposed Counsel for Debtor
GRDN Hospitality, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DIVISION OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In Re : <br><br> GRDN Hospitality, LLC, <br><br>                              Debtor. | CASE NO. 2:25-bk-16321-DS <br><br> Chapter 11 <br><br> **NOTICE OF HEARING ON EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL ON AN INTERIM AND FINAL BASIS; DECLARATION OF GREGORY K. JONES REGARDING SERVICE** <br><br> Date: July 31, 2025 <br> Time: 3:00 p.m. <br> Place: 255 E. Temple Street <br>          Los Angeles, CA 90012 <br> Courtroom: 1639, 16th Floor |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

**TO THE OFFICE OF THE UNITED STATES TRUSTEE; THE SUBCHAPTER V TRUSTEE; COUNSEL FOR SECURED CREDITOR LIVE OAK BANK; AND OTHER INTERESTED PARTIES**:

**PLEASE TAKE NOTICE THAT** the United States Bankruptcy Court for the Central District of California (the "Court") has set a hearing on the "Emergency Motion for Authority to Use Cash Collateral on an Interim and Final Basis" (the "Motion") [Docket No. 18] filed by GRDN Hospitality, LLC, the debtor and debtor in possession in the above-captioned case (the "Debtor") for July 31, 2025, at 3:00 p.m. at the above-captioned location or via Zoom pursuant to the instructions on the Court's calendar that is located at http://ecf-ciao.cacb.uscourts.gov/kioskPDF/DS_073125.pdf.

PLEASE TAKE FURTHER NOTICE THAT objections to the Motion can be presented orally at the hearing on the Motion.

DATED: July 30, 2025         STRADLING YOCCA CARLSON & RAUTH LLP

By: /s/ *Gregory K. Jones*
Gregory K. Jones
Proposed Counsel for Debtor and Debtor in Possession

## DECLARATION OF GREGORY K. JONES

I, Gregory K. Jones, respectfully state the following:

1. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I am a partner of the law firm of Stradling Yocca Carlson & Rauth LLP ("Stradling"). I am a member in good standing of the Bar of the State of California, and I am admitted to practice law before the Ninth Circuit Court of Appeals and in the District Court and Bankruptcy Court of the Central District of California.

3. Stradling is proposed counsel to GRDN Hospitality, LLC (the "Debtor"), debtor and debtor in possession in the above-captioned case.

4. On July 28, 2025, the Debtor filed its "Emergency Motion for Authority to Use Cash Collateral on an Interim and Final Basis" (the "Motion") [Docket No. 18].

5. A hearing on the Motion has been set for July 31, 2025, at 3:00 p.m. On July 30, 2025, I provided telephonic notice of the hearing on the Motion on the following parties:

   a. Noreen Madoyan, Office of the United States Trustee, 10:23 a.m.,

   b. Doug Flahaut, Subchapter V Trustee, 10:22 a.m., and

   c. Bernie Kornberg, counsel to Live Oak Bank, 10:25 a.m.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of July 2025, at Ventura, California.

  _/s/ Gregory K. Jones_____
  Gregory K. Jones

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 N. Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (specify): __Notice of Hearing on Emergency Motion for Authority to Use Cash Collateral on An Interim and Final Basis; Declaration of Gregory K. Jones regarding service__ will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **7/30/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   See Attached Service List

[ X ] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) **7/30/2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   See Attached Mailing List

[ X ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[ ]Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/30/2025 | Suzanne Johnson | /s/ Suzanne Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

## **_SERVICE LIST_**

**2:25-bk-16321-DS Notice will be electronically mailed to:**

*Moriah Douglas ("Doug") Flahaut (TR)*
*df@echoparklegal.com, C194@ecfcbis.com*

*Gregory K Jones on behalf of Debtor GRDN Hospitality, LLC*
*gjones@stradlinglaw.com, smjohnson@sycr.com;smjohnson@stradlinglaw.com*

*Noreen A Madoyan on behalf of U.S. Trustee United States Trustee (LA)*
*Noreen.Madoyan@usdoj.gov*

*United States Trustee (LA)*
*ustpregion16.la.ecf@usdoj.gov*

# ***MAILING LIST***

*Airgas National Carbonation*
*PO Box 734673*
*Dallas, TX 75373-4673*

*Anthem Health Ins*
*Anthem Blue Cross*
*PO Box 659960*
*San Antonio, TX 78265-9146*

*Blue Label*
*3750 Lancaster New Lexington Rd SE*
*Lancaster, OH 43130*

*California Department of Tax*
*and Fee Administration*
*PO Box 942879*
*Sacramento, CA 94279-0055*

*City of Inglewood*
*PO Box 743543*
*Los Angeles, CA 90074-3543*

*CLS Farms*
*7810 Robillard Road*
*Moxee, WA 98936*

*D & D Engineering*
*119 W Hyde Park Blvd*
*Inglewood, CA 90302*

*Fer studio*
*Attn Fer studio*
*1159 East Hyde Park Blvd*
*Inglewood, CA 90302*

*First Rate Electric*
*Attn Neville Milburn*
*5608 Clearsite St*
*Torrance, CA 90505-3254*

*John I. Haas*
*Attn 3W  Chris*
*1600 River Road*
*Yakima, WA 98902*

*KHS USA Inc*
*PO Box 681014*
*Chicago, IL 60695-2014*

*Live Oak Bank*
*Attn Keilah Spooner Assoc SA OfcSBB*
*1757 Tiburon Drive*
*Wilmington, NC 28403*

*Los Angeles County Tax Collector*
*Attn Bankruptcy Unit*
*PO Box 54110*
*Los Angeles, CA 90054-0110*

*Lyneer Staffing*
*PO Box 88911*
*Milwaukee, WI 53288-8911*

*Manchester Business Park*
*8740 S Sepulveda Blvd*
*Ste 100*
*Los Angeles, CA 90045*

*MUN CPAs*
*2901 Douglas Blvd*
*Ste 290*
*Roseville, CA 95661*

*Pneumatic Scale Angelus*
*25236 Network Place*
*Chicago, IL 60673-1252*

*Saxco*
*PO Box 848701*
*Los Angeles, CA 90084-8701*

*Systems Interface Inc*
*10802 47th Ave W*
*Mukilteo, WA 98275*

*Yakima Chief Hops LLC*
*Attn YCH Orders*
*306 Division St*
*Yakima, WA 98902*

*Zee Company Inc*
*412 Georgia Ave Ste 300*
*Chattanooga, TN 37403*

*Zion Packaging (formerly Aluminati)*
*1695 California Avenue*
*Corona, CA 92881*

*Bernie Kornberg*
*Miller Nash LLP*
*340 Golden Shore, Ste 450*
*Long Beach, CA 90802*