**Fill in this information to identify the case:**

Debtor     GRDN Hospitality, LLC

United States Bankruptcy Court for the:    Central    District of    CA
                                                                    (State)

Case number    2:25-bk-16321-DS
(If known)

☐ Check if this is an
  amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
California Dept Tax & Fee - Sales
505 N. Brand Blvd., Suite 700

Glendale, CA 91203

**Date or dates debt was incurred**

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:    $ 92,081.29    $ 92,081.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address
California Franchise Tax Board
P.O. Box 942857

Sacramento, CA 94257-0500

**Date or dates debt was incurred**

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (qqqqq)

As of the petition filing date, the claim is:    $ 1,507.00    $ 1,507.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address
Dept. Treasury Alcohol & Tobacco
1310 G. Street, NW, Box 12

Washington, CD 20005

**Date or dates debt was incurred**

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:    $ 3,907.62    $ 3,907.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Fee

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____    Case number *(if known)* 2:25-bk-16321-DS
   GRDN Hospitality, LLC
   Name

---

**Part 1.**     **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.__**   **Priority creditor's name and mailing address**       $_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**   **Priority creditor's name and mailing address**       $_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**   **Priority creditor's name and mailing address**       $_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**   **Priority creditor's name and mailing address**       $_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor _____ Case number *(if known)* ___2:25-bk-16321-DS___
GRDN Hospitality, LLC
        Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**

(fer) studio

1159 East Hyde Park Blvd

Inglewood, CA 90302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

$ _____ 12,454.08

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**

1 Touch Office Technology

P.O. Box 2226

Gardena, CA 90247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____ 826.84

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**

Airgas National Carbination

P.O. Box 734673

Dallas, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

$ _____ 9,508.19

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**

Airgas USA LLC

P.O. Box 102289

Pasadena, CA 91189

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____ 896.45

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**

American Express Credit Card

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____ 240.69

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**

Anachem Laboratories, LLC

140 Standard St

El Segundo, CA 90245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____ 200.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____
    GRDN Hospitality, LLC
    Name

Case number (if known) ___2:25-bk-16321-DS___

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.___** Nonpriority creditor's name and mailing address

Anthem Health Insurance

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____ 9,322.38

---

**3.___** Nonpriority creditor's name and mailing address

Beleza Designs, LLC

62 Azure Pass Dr.

Katy, TX 77494

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____ 4,263.25

---

**3.___** Nonpriority creditor's name and mailing address

Berkeley Yeast

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____ 813.00

---

**3.___** Nonpriority creditor's name and mailing address

Blue Label

3750 New Lexington Rd SE

Lancaster, OH 43130

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____ 10,863.53

---

**3.___** Nonpriority creditor's name and mailing address

Brewers Association

P.O. Box 1679

Boulder, CO 80306

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____ 845.96

---

| Debtor | GRDN Hospitality, LLC | | Case number (if known) 2:25-bk-16321-DS |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___**  Nonpriority creditor's name and mailing address

CA B&T Visa
_____
_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 50,413.72

---

**3.___**  Nonpriority creditor's name and mailing address

California Craft Brewers Association
_____
_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,335.40

---

**3.___**  Nonpriority creditor's name and mailing address

Citi Advantage Credit Card
_____
_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 14,416.46

---

**3.___**  Nonpriority creditor's name and mailing address

City of Inglewood

P.O. Box 743543, Los Angeles, CA 90074
_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 9,679.48

---

**3.___**  Nonpriority creditor's name and mailing address

CLS Farms

7810 Robillard Road, Moxee, WA 98936
_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 16,468.72

---

| Debtor | GRDN Hospitality, LLC | Case number *(if known)* 2:25-bk-16321-DS |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.___** Nonpriority creditor's name and mailing address
Coastal Carbonic

P.O. Box 266, Stanton, CA 90680

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,749.56

**3.___** Nonpriority creditor's name and mailing address
Concur Technologies, Inc.

62157 Collections Center Dr., Chicago, IL 60693

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 366.92

**3.___** Nonpriority creditor's name and mailing address
Country Malt Group

P.O. Box 51602, Los Angeles, CA 90051

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 65.77

**3.___** Nonpriority creditor's name and mailing address
Crosby Hops

18564 Arbor Grove Rd NE

Woodburn, OR 97071

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,703.90

**3.___** Nonpriority creditor's name and mailing address
Crown Carton Company Inc.

1820 E 48th Pl, Unit C

Los Angeles, CA 90058

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 981.56

| Debtor | GRDN Hospitality, LLC | Case number (if known) | 2:25-bk-16321-DS |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.___**

**Nonpriority creditor's name and mailing address**

Cucamonga Medical Equipment and Supplies

8400 Maple Pl, Ste. 104, Rancho Cucamonga, CA 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$ 295.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___**

**Nonpriority creditor's name and mailing address**

D&D Engineering

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$ 14,330.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___**

**Nonpriority creditor's name and mailing address**

Department of Industrial Relations

P.O. Box 511232, Los Angeles, CA 90051

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$ 125.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___**

**Nonpriority creditor's name and mailing address**

Dewey Pest Control

P.O. Box 7114, Pasadena, CA 91109

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$ 170.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.___**

**Nonpriority creditor's name and mailing address**

DMM Packaging Inc

2401 Simpson St., Ste. A, Kingsburg, CA 93631

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$ 2,241.75

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| Debtor | GRDN Hospitality, LLC | Case number *(if known)* | 2:25-bk-16321-DS |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.___** Nonpriority creditor's name and mailing address

Don Thronburg

466 Foothill Blvd., #220

La Canada/Flintridge, CA 91011

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 1,735.00

---

**3.___** Nonpriority creditor's name and mailing address

Equipment Depot

12393 Slauson Ave

Whittier, CA 90606

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 1,455.41

---

**3.___** Nonpriority creditor's name and mailing address

First Rate Electric

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 47,590.00

---

**3.___** Nonpriority creditor's name and mailing address

Future Plan by Ascencus

23693 Network Place, Chicago, IL 60673

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 726.11

---

**3.___** Nonpriority creditor's name and mailing address

Givaudan Flavors Corporation

1199 Edison Dr., Cincinnati, OH 45216

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 6,659.94

---

| Debtor | GRDN Hospitality, LLC | Case number (if known) 2:25-bk-16321-DS |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

Grandstand

P.O. Box 3497, Wichita, KS 67201

_____

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,055.03

---

**3.___** Nonpriority creditor's name and mailing address

Greater Los Angeles Zoo Association

5333 Zoo Dr.

Los Angeles, CA 90027

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 206.00

---

**3.___** Nonpriority creditor's name and mailing address

GS1 US, Inc

Dept 781271, P.O. Box 78000, Detroit, MI 48278

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 330.00

---

**3.___** Nonpriority creditor's name and mailing address

Indie Hops

2505 SE 11th Ave., Portland, OR 97202

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,452.66

---

**3.___** Nonpriority creditor's name and mailing address

InTouch Labels & Packaging

12 Technology Dr., North Chelmsford, MA

Date or dates debt was incurred  _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 80.84

---

| Debtor | GRDN Hospitality, LLC | Case number *(if known)* | 2:25-bk-16321-DS |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

Kaiser

P.O. Box 741562, Los Angeles, CA 90074

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____ 412.39

---

**3.___** Nonpriority creditor's name and mailing address

Key Air Conditioning Co.

10905 Laurel Ave., Santa Fe Springs, CA 90670

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____ 3,534.31

---

**3.___** Nonpriority creditor's name and mailing address

KHS USA, Inc.

P.O. Box 681014, Chicago, IL 60695

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____ 9,402.56

---

**3.___** Nonpriority creditor's name and mailing address

LAX Equipment Inc

830 W. Florence Ave., Inglewood, CA 90301

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____ 956.14

---

| Debtor | GRDN Hospitality, LLC | Case number *(if known)* 2:25-bk-16321-DS |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.___**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,318.90 |
|---|---|---|

Linwood Engineering, Inc.

2301 Dupont Dr., Irvine, CA 92612

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | __ __ __ __ | ☐ No  ☐ Yes |

**3.___**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 87.39 |
|---|---|---|

Live Oak Line of Credit

1741 Tiburon Dr., Wilmington, NC 28403

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | __ __ __ __ | ☐ No  ☐ Yes |

**3.___**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,431.99 |
|---|---|---|

Live Oak SBA Loan

1741 Tiburon Dr., Wimington, NC 28403

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | __ __ __ __ | ☐ No  ☐ Yes |

**3.___**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 609.00 |
|---|---|---|

Long Beach Jerky Co.

1859 Berkshire Dr., Fullerton, CA 92833

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | __ __ __ __ | ☐ No  ☐ Yes |

**3.___**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 819.00 |
|---|---|---|

Los Angeles County Fire Department

P.O. Box 513148

Los Angeles, CA 90051

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | __ __ __ __ | ☐ No  ☐ Yes |

| Debtor | GRDN Hospitality, LLC | Case number *(if known)* 2:25-bk-16321-DS |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

Los Angeles County Sanitation District

P.O. Box 4998, Whittier, CA 90607

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 4,062.68

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

Lyneer Staffing

P.O. Box 88911, Millwalukee, WI 53288

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,827.57

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

Manchester Business Park

8740 S Sepulveda Blvd., #100, Los Angeles, CA 90045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60,000.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

McCune Mechanical

17441 Brooklyn Ave., Yorba Linda, CA 92886

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,235.58

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

MCG Boilers, Inc.

P.O. Box 913, Chino Hills, CA 91709

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,565.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | GRDN Hospitality, LLC | Case number _(if known)_ 2:25-bk-16321-DS |
|---|---|---|
| | Name | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

Microstar Keg Management, LLC

P.O. Box 912392, Denver, CO 80291

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,960.82

---

**3.___** Nonpriority creditor's name and mailing address

Motus, LLC

60 South Street, Boston, MA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 669.62

---

**3.___** Nonpriority creditor's name and mailing address

MUN CPAs

2901 Douglas St., Ste 290, Roseville, CA 95661

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 33,800.04

---

**3.___** Nonpriority creditor's name and mailing address

Oregon Fruit Products LLC

P.O. Box 13490, Salem, OR 97309

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,031.29

---

**3.___** Nonpriority creditor's name and mailing address

Pneumatic Scale Angelus

25236 Network Place, Chicago, IL 60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 12,891.02

---

| Debtor | GRDN Hospitality, LLC | Case number *(if known)* 2:25-bk-16321-DS |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

Pro Refrigeration, Inc.

326 8th Street SW, Auburn, WA 98001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,286.56

---

**3.___** Nonpriority creditor's name and mailing address

Prospero Equipment Corporation

7787 Bell Road, Windsor, CO 95492

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 972.12

---

**3.___** Nonpriority creditor's name and mailing address

Saxco

P.O. Box 848701, Los Angeles, CA 90084

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 12,146.18

---

**3.___** Nonpriority creditor's name and mailing address

Southern California Gas Company

P.O. Box C, Monterey Park, CA 91756

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,867.72

---

**3.___** Nonpriority creditor's name and mailing address

Southern California Edison

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 10,277.36

---

| Debtor | GRDN Hospitality, LLC | Case number *(if known)* 2:25-bk-16321-DS |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

Sovereign Flavors Inc.

Santa Ana, CA 92704

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 591.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

Sovos Compliance, LLC

P.O. Box 347977, Pittsburgh, PA 15251

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 1,553.61

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

Swift Chip Inc

9415 Culver Blvd., Culver City, CA 90232

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 794.35

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

Systems Interface Inc.

Mukilteo, WA 98275

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 13,212.73

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

The Hanover Insurance Group

P.O. Box 580045, Charlotte, NC 28258

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 1,504.82

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

| Debtor | GRDN Hospitality, LLC | Case number (if known) 2:25-bk-16321-DS |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.___** Nonpriority creditor's name and mailing address
Grandstand

P.O. Box 3497, Wichita, KS 67201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____ 2,055.03

**3.___** Nonpriority creditor's name and mailing address
Greater Los Angeles Zoo Association

5333 Zoo Dr.

Los Angeles, CA 90027

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____ 206.00

**3.___** Nonpriority creditor's name and mailing address
GS1 US, Inc

Dept 781271, P.O. Box 78000, Detroit, MI 48278

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____ 330.00

**3.___** Nonpriority creditor's name and mailing address
Indie Hops

2505 SE 11th Ave., Portland, OR 97202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____ 5,452.66

**3.___** Nonpriority creditor's name and mailing address
InTouch Labels & Packaging

12 Technology Dr., North Chelmsford, MA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____ 80.84

| Debtor | GRDN Hospitality, LLC | Case number (if known) 2:25-bk-16321-DS |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

Twining

2883 E. Spring Street, Long Beach, CA 90806

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,624.65

---

**3.___** Nonpriority creditor's name and mailing address

Uline

P.O. Box 88741, Chicago, IL 60680

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,577.62

---

**3.___** Nonpriority creditor's name and mailing address

UPS

28013 Network Pl, Chicago, IL 60673

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 37.66

---

**3.___** Nonpriority creditor's name and mailing address

Vantiaggio HR, Ltd.

31726 Rancho Viejo Rd., Ste 202, San Juan Capistrano, CA 92675

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 80.00

---

**3.___** Nonpriority creditor's name and mailing address

VIP

402 Watertower Cir., Colchester, VT

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 558.42

---

| Debtor | GRDN Hospitality, LLC | Case number *(if known)* 2:25-bk-16321-DS |
| --- | --- | --- |
| | Name | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.___** Nonpriority creditor's name and mailing address

WHC Lab

Prospect Lower, Newcastle, Wicklow, Co A63H0K8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,782.32

---

**3.___** Nonpriority creditor's name and mailing address

Yakima Chief Hops

306 Division St., Yakima, WA 98902

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 43,351.73

---

**3.___** Nonpriority creditor's name and mailing address

Yervant Krikorian

1555 Temescal Ave., Norco, CA 92860

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,513.00

---

**3.___** Nonpriority creditor's name and mailing address

Zee Company Inc.

412 Georgia Ave., Ste 300, Chattanooga, TN 37403

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,872.31

---

**3.___** Nonpriority creditor's name and mailing address

Zion Packaging (fka Aluminati)

CA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,261.91

---

Debtor
GRDN Hospitality, LLC
Name

Case number (if known) 2:25-bk-16321-DS

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** **Nonpriority creditor's name and mailing address**

Lynne M. Weaver (insider)

18025 Sandy Cape Drive

Pacific Palisades, CA 90272

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____ 1,927,408.00

---

**3.___** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.___** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

| Debtor | GRDN Hospitality, LLC | Case number *(if known)* | 2:25-bk-16321-DS |
|---|---|---|---|
| | Name | | |

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.2. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.3. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.4. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.5. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.6. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.7. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.8. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.9. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.10. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.11. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |
| 4.12. _____ | Line _____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| _____ | _____ | |

Debtor _____    Case number (if known) 2:25-bk-16321-DS
        GRDN Hospitality, LLC
        Name

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____GRDN Hospitality, LLC_____   Case number *(if known)*_2:25-bk-16321-DS_____
       Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 97,495.91 |
| 5b. **Total claims from Part 2** | 5b. | **+** $ | 2,432,757.87 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,530,253.78 |