1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREGORY K. JONES, State Bar No. 181072
  gjones@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
10100 N. Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Telephone:  424-214-7000
Facsimile:  424-214-7010

Proposed Counsel for Debtor
GRDN Hospitality, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DIVISION OF CALIFORNIA

## LOS ANGELES DIVISION

In re:

GRDN HOSPITALITY, LLC,

                                        Debtor.

CASE NO. 2:25-bk-16321-DS

Chapter 11

**STATUS CONFERENCE REPORT**

Date:   September 4, 2025
Time:   1:00 p.m.
Place:  255 E. Temple Street
            Los Angeles, CA 90012
Courtroom:  1639

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

In connection with the "Order Setting Scheduling and Case Management Conference" (the "Scheduling Order") [Docket No. 16], GRDN Hospitality, LLC ("GRDN" or the "Debtor") hereby submits its Status Conference Report and respectfully represents as follows:

**1.    Brief Description of (A) Debtor's Business and Operations and (B) Principal Assets and Liabilities**

On July 24, 2025 (the "Petition Date"), the Debtor commenced this subchapter V case by filing a petition for relief under chapter 11 of the Bankruptcy Code.  The Debtor continues to operate its business as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  Mr. M. Douglas Flahaut was appointed subchapter V trustee for the case.  *See* Docket No. 14.

(A)    GRDN's Business and Operations

Three Weavers Brewing Company is an independent, award-winning brewery based in Inglewood, California.  The Debtor, which was founded in 2013, was the first craft brewery in Inglewood and proudly stresses the importance of promoting a positive community and being environmentally and industrially responsible.   One of the Debtor's goals is to create a community around beer.

The Debtor has approximately 12-15 core and seasonal beers on tap at all times, including Kolsch-Style lagers, IPAs, ales, porters, seltzers, and non-alcoholic beers.  The Debtor's tasting room is located at 1031 West Manchester Blvd., and customers can attend the tasting room on a first-come, first-serve basis. Customers enjoy multiple big-screen TV monitors and can order food from local food trucks.  Further, patrons can purchase core and seasonal beers (4-pack or 6-pack formats) or kegs to go.

(B)    GRDN's Assets and Liabilities

On August 7, 2025, the Debtor filed its Schedules and Statement of Financial Affairs.  The Schedules list assets totaling $1,554,595.16, consisting of the following:

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

(i)     Cash and cash equivalents in the amount of $23,078.98;

(ii)    Deposits and prepayments in the amount of $31,851;

(iii)   Accounts receivable in the amount of $42,291.80;

(iv)   Inventory (including raw materials of $185,475.57, beer work in progress of $17,282.06, finished and packaged beer and kegged draft beer of $79,194.96, and supplies in the amount of $2,214.32) in the amount of $284,166.91;

(v)    Office fixtures and equipment in the amount of $2,540.13;

(vi)   Machinery, equipment, and vehicles in the amount of $770,054.30 (which includes a Jenrey Tunnel Pasteuizer in the amount of $750,054.30);

(vii)  Real Property Tenant Improvements in the amount of $43,762.54; and

(viii) Intangibles and intellectual property totaling $356,849.59.

*See* Docket No. 34.

The Debtor's Schedule D lists three secured creditors. Live Oak Banking Company ("Live Oak") possesses a secured claim on all of the Debtor's assets on account of a September 2022 loan and line of credit in the total amount of approximately $2.475 million. Additionally, Fora Financial West LLC and Vox Funding, LLC possess junior security interests in collective amount of about $40,000. Finally, Alliance Bank possesses a secured claim against the Debtor based on an agreement relating to the aforementioned pasteurizer, which will be added when the Debtor amends Schedule D.

Schedules E/F list approximately one hundred (100) creditor claims, which are primarily smaller vendor claims and a claim by the Debtor's landlord Manchester Business Park. Also, CEO Lynne M. Weaver possesses a claim against the Debor for the amount of approximately $1,927,408. *See* Docket No. 41. Schedule E/F will be amended on August 22, 2025.

**2.    Events Precipitating Filing of Case**

The Debtor has suffered from a number of different factors, including a supply chain disruption (March – August 2023), inflation (2024), and a general decline in the entire craft beer industry with the shift in consumer preferences away from beer and alcohol (2021 – present).

More recently, the Debtor's owner and Chief Executive Officer was personally impacted by the January 7, 2025 fires in the Palisades area, and the tap room was shut down due to poor air quality.  In March, the Federal government's implementation of tariffs led the Debtor to forecast that wholesale prices to its distributors would increase by 12-15%.  Additionally, the increase in minimum wage and health benefits approved by the City of Los Angeles will cause wage inflation and employee retention issues.  Finally, the recent June 7, 2025 ICE raids significantly deterred the Debtor's customers from visiting the tap room, and those customers have not returned.

**3.    The Debtor's Goals for this Case**

The Debtor wishes to utilize the streamlined provisions of subchapter V to reorganize as a small business debtor in an efficient and cost-effective manner. The Debtor recognizes the challenges facing it and is considering a number of reorganization options, including the potential renegotiation of its existing lease and/or to keep the Three Weavers brand alive by contracting with other entities in the brewing industry.  The Debtor wishes to preserve jobs and the brand that it created, while providing a return for unsecured creditors.

To reach this goal, the Debtor's counsel has first reached out to counsel to Live Oak and the landlord for its tasting room location, which have the two largest claims in the case.

**4.    The Principal Business Problems Confronting The Debtor**

The primary business problems are described in section 2, *supra*.  The Debtor believes that it could continue to operate at its Inglewood tasting room if it

1  restructures its Live Oak and landlord obligations. Alternatively, the Debtor could

2  keep its brand intact by contracting with third parties to distribute its products.

**5.   Pending and Possible Legal Disputes**

4  As of the Petition Date, the Debtor was not a party to any legal disputes.

**6.   Timing of Plan**

6  In a subchapter V case, a debtor must file a plan within ninety (90) days of

7  the petition date, making the deadline October 22, 2025. *See* 11 U.S.C. § 1189.

8  The Debtor intends to file a plan on or before the deadline.

**7.   Health Care Business/Small Business Debtor/Single Asset Real Estate**

10  The Debtor is neither a "health care business" as defined in 11 U.S.C. §

11  101(27A)  nor a "small business debtor under 11 U.S.C. § 101(51D) and has

12  selected to proceed under subchapter V of chapter 11 of the Bankruptcy Code.[1]

13  Additionally, this case is not a single asset real estate case as contemplated in 11

14  U.S.C. § 101(51B).

**8.   Bankruptcy Code Duties and UST Guidelines**

16  The Debtor has complied with its duties under the Bankruptcy Code (11

17  U.S.C. §§ 521 (the filing of a list of creditors, schedules, statement of financial

18  affairs); 1106 (*e.g.*, managing property of the estate, reviewing claims, and filing

19  applicable reports); 1107 (performing functions and duties of trustee); and 1116

20  (filing of balance sheet, statement of operations, and Federal income tax return))

21  and the Bankruptcy Rules (Bankruptcy Rule 1007 – filing of schedules, statement

22  of corporate ownership, and list of equity interest holders).

23  The Debtor's section 341(a) meeting of creditors took place on August 19,

24  2025. After the meeting, the Debtor's counsel conferred with the UST about

25  providing additional information relating to insurance and the closure of

26  prepetition bank accounts. The Debtor is presently in the process of complying

---

[1]  The Debtor's counsel apologizes to the Court and UST for checking the "small business debtor" option on the voluntary petition. The Debtor will amend the petition if it is deemed appropriate.

1  with the UST's requests and will continue to communicate with the UST

2  throughout the case.

3  **9.    <u>Cash Collateral</u>**

4      Live Oak possesses a security interest in the Debtor's cash collateral, as that

5  term is defined in Bankruptcy Code section 363(a).  On August 7, 2025, this Court

6  entered its "Order Granting Motion for Authority to Use Cash Collateral on an

7  Interim Basis" [Docket No. 31], which allowed the Debtor to use cash collateral

8  through and including September 4, 2025.  A final hearing on the cash collateral

9  motion will take place on September 4, 2025.

10  **10.    <u>Proposed Retained Professionals</u>**

11      On August 13, 2025, the Debtor filed its application to employ Stradling

12  Yocca Carlson & Rauth LLP ("Stradling") as its reorganization counsel. [Docket

13  No. 48].  As of the date of the filing of this Report, the deadline to object to the

14  proposed retention remained pending.  If employed, Stradling estimates that its

15  fees may total approximately $35,000, depending on the nature of the case and

16  whether matters are resolved consensually.

17  **11.    <u>Evidence Regarding Projections</u>**

18      Attached to this Report as Exhibit 1 and 2 are the Debtor's projections for

19  the first and second thirty post-petition days.  The Debtor is presently unable to

20  provide an accurate six month cash flow because of the uncertainties relating to its

21  agreements with distributors and the Debtor's present relationships with Live Oak

22  and the landlord for its tasting room location.  The Debtor's counsel has spoken to

23  both counsel to Live Oak and the landlord and will continue those discussions.

24      Pursuant to Bankruptcy Code section 1116(1), the Debtor filed its most

25  recent tax report and unaudited balance sheet, profit and loss statements, and cash

26  flow projections on July 31, 2025.  *See* Docket Nos. 24, 27.

27

28

1  **12.    Deadline for Filing Claims**

2       Pursuant to Local Bankruptcy Rule 3003-1(a)(2), the bar date shall be 70

3  days after the petition date, which is October 10, 2025.  The Debtor served notice

4  of the bar date on all creditors.  *See* Docket No. 19.

5  13.    **Unexpired Leases and Executory Contracts**

6       The Debtor listed a number of agreements in Schedule G, including the

7  following:

8       (1)    Supply Service Agreement with Cameron Welding Supply;

9       (2)    Keg Management Agreement with MicroStar Keg Management;

10      (3)    Supply Agreement with Brewers Supply Group, Inc.;

11      (4)    Hops Agreement with Indie Hops, LLC;

12      (5)    Supply Agreement with John I. Haas, Inc.;

13      (6)    Sales Agreement with Yakima Chief Hops;

14      (7)    License Agreement with the LA Clippers LLC;

15      (8)    Equipment Finance Agreement with Alliance Funding Group; and

16      (9)    Sponsorship Agreement with the LA Clippers LLC (collectively, the

17             "Agreements")

18      The Debtor is in the process of examining these executory contracts and

19  unexpired leases to determine which ones would be beneficial for the Debtors'

20  reorganized post-confirmation model.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**14.**     <u>**Sale of Assets**</u>

The Debtor does not anticipate the sale of any assets of its estate.

**15.**     <u>**Disclosure Statement**</u>

As this is a subchapter V case, the Debtor does not believe that a disclosure statement is required.  As stated above, the plan of reorganization is due on October 22, 2025.  The Debtor has engaged in preliminary discussions with Live Oak and its landlord about resolutions to their claims, which are preconditions to the formation of any post-confirmation business model.

DATED:  August 21, 2025        STRADLING YOCCA CARLSON & RAUTH LLP

By:   <u>/s/ *Gregory K. Jones*</u>
          Gregory K. Jones
          Proposed Counsel for Debtor and Debtor in Possession

# EXHIBIT 1

| Week starting | 7/24/25 | 7/28/25 | 8/4/25 | 8/11/25 | 8/18/25 | 8/25/25 |
|---|---|---|---|---|---|---|
| Income | | | | | | |
| Tasting Room | $10,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 |
| Distribution | | $13,436.50 | $17,133.30 | $11,123.80 | $12,872.80 | $16,561.40 |
| Customer-DS | | | $5,556.60 | | | |
| Customer-SD | | | | | | |
| Customer-Pks | | | | $6,300.00 | | |
| Total Income | $10,000.00 | $29,436.50 | $38,689.90 | $33,423.80 | $28,872.80 | $32,561.40 |
| Cost Of Goods Sold | | | | | | |
| BSG | | $1,700.00 | | $2,500.00 | | $2,500.00 |
| CLS Farms | | | $1,700.00 | | $1,700.00 | |
| Yakima Valley Hops | | | $1,700.00 | | $1,700.00 | |
| Saxco | | | $3,000.00 | | | |
| Coastal Carbonics | | $2,200.00 | | | | |
| Zee Chemicals | | | $2,500.00 | | | |
| Microstar | | | $4,960.82 | | | |
| Blue Label | | | | | $5,000.00 | $3,200.00 |
| Eurofins | | | | | $250.00 | |
| Total Cost Of Goods Sold | $0.00 | $3,900.00 | $13,860.82 | $2,500.00 | $8,650.00 | $5,700.00 |
| Net Weekly Income Before Tax & Expense | $10,000.00 | $25,536.50 | $24,829.08 | $30,923.80 | $20,222.80 | $26,861.40 |
| Expenses | | | | | | |
| Office Expense | | $50.00 | $210.00 | $1,250.00 | $50.00 | $50.00 |
| Sales Expense | | $558.00 | | $700.00 | $558.00 | |
| General Commercial Insurance & Umbrella | | $1,505.00 | | | | |
| Property Insurance (Deposit and 1st month Due) | | $6,700.00 | | | | |
| Workers Comp | | $1,000.00 | | | | $1,000.00 |
| Health Insurance | $8,250.00 | | | | $8,250.00 | |
| Dues and Subscriptions | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| Telephone | | | | | | $50.00 |
| Utility-Southern California Edison | | | $10,000.00 | | | |
| Utility-So Cal Gas | | | $2,900.00 | | | |
| Utility-Inglewood Water | | | 900 | | | |
| Inglewood Business Tax (2023, 2024, 2025) | | | $4,170.35 | $1,656.66 | | |
| Sales Tax | | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 |
| Payroll & 401k | | $4,500.00 | | $24,000.00 | | $24,000.00 |
| Payroll Tax | | $8,900.00 | $4,000.00 | | $8,000.00 | |
| Credit Card Payment | | | | $1,500.00 | $1,250.00 | |
| Bank Fees | | | | | $200.00 | |
| Payroll Fees | | $275.00 | | | | |
| Total Expenses | $8,400.00 | $24,963.00 | $23,930.35 | $30,856.66 | $20,058.00 | $26,850.00 |
| Net Operating Income | $1,600.00 | $573.50 | $898.73 | $67.14 | $164.80 | $11.40 |

# EXHIBIT 2

| Week starting | 8/18/25 | 8/25/25 | 9/1/25 | 9/8/25 | 9/15/25 | 9/22/25 |
|---|---|---|---|---|---|---|
| Income | | | | | | |
| Tasting Room | $14,500.00 | $14,500.00 | $14,000.00 | $14,000.00 | $14,000.00 | $14,000.00 |
| Distribution | $12,857.80 | $19,455.40 | $10,069.00 | $17,561.00 | $0.00 | $18,850.30 |
| Customer-DS | | | | | | |
| Customer-SD | | | | | | |
| Customer-Pks | | | $3,150.00 | | | |
| Total Income | $27,357.80 | $33,955.40 | $27,219.00 | $31,561.00 | $14,000.00 | $32,850.30 |
| Cost Of Goods Sold | | | | | | |
| BSG | | $2,250.00 | $1,700.00 | | $1,500.00 | |
| CLS Farms | | $1,700.00 | | $1,700.00 | | |
| Yakima Valley Hops | $1,700.00 | | | | | |
| Saxco | | | | | | |
| Coastal Carbonics | | | $2,200.00 | | | |
| Zee Chemicals | $1,250.00 | | | | | |
| Microstar | | $1,250.00 | $5,000.00 | | | |
| Blue Label | $5,000.00 | $3,200.00 | | | | |
| Eurofins | $250.00 | | | $250.00 | | $250.00 |
| Total Cost Of Goods Sold | $8,200.00 | $8,400.00 | $8,900.00 | $1,950.00 | $1,500.00 | $250.00 |
| Net Weekly Income Before Tax & Expense | $19,157.80 | $25,555.40 | $18,319.00 | $29,611.00 | $12,500.00 | $32,600.30 |
| Expenses | | | | | | |
| Office Expense | $100.00 | $600.00 | $50.00 | $1,550.00 | $1,250.00 | |
| Sales Expense | $558.00 | | $558.00 | | $650.00 | $558.00 |
| General Commercial Insurance & Umbrella | | | $1,505.00 | | | |
| Property Insurance (Deposit and 1st month Due) | | | $1,756.48 | | | |
| Workers Comp | | $1,000.00 | $1,000.00 | | | |
| Health Insurance | $8,250.00 | | | | | $8,250.00 |
| Dues and Subscriptions | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| Telephone | $50.00 | | | | | |
| Utility-Southern California Edison | | | $2,800.00 | $4,000.00 | | |
| Utility-So Cal Gas | | | | | | |
| Utility-Inglewood Water | | | | | | |
| Inglewood Business Tax (2023, 2024, 2025) | | | | | | |
| Sales Tax | $1,450.00 | $1,450.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| Payroll & 401k | | $22,000.00 | | $22,000.00 | | $22,000.00 |
| Payroll Tax | $8,000.00 | | $9,000.00 | | $9,000.00 | |
| Credit Card Payment | | | | $500.00 | | |
| Bank Fees | $200.00 | | | | | $200.00 |
| Payroll Fees | | | $275.00 | | | |
| Total Expenses | $18,758.00 | $25,200.00 | $18,219.48 | $29,600.00 | $12,450.00 | $32,558.00 |
| Net Operating Income | $399.80 | $355.40 | $99.52 | $11.00 | $50.00 | $42.30 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 N. Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (specify): __**Status Conference Report**__ will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **8/21/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    See Attached Service List

[ X ] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date)__**8/21/2025**____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    See Attached Mailing List

[ X ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[ ]Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/21/2025 | Suzanne Johnson | /s/ Suzanne Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

## ***SERVICE LIST***

**2:25-bk-16321-DS Notice will be electronically mailed to:**

*Moriah Douglas Flahaut (TR)*
*df@echoparklegal.com, C194@ecfcbis.com*

*Gregory K Jones on behalf of Debtor GRDN Hospitality, LLC*
*gjones@stradlinglaw.com, smjohnson@sycr.com;smjohnson@stradlinglaw.com*

*Raffi Khatchadourian on behalf of Interested Party Courtesy NEF*
*raffi@hemar-rousso.com*

*Carissa A Lynch on behalf of Creditor CA Franchise Tax Board*
*Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov*

*Noreen A Madoyan on behalf of U.S. Trustee United States Trustee (LA)*
*Noreen.Madoyan@usdoj.gov*

*United States Trustee (LA)*
*ustpregion16.la.ecf@usdoj.gov*

1 Touch Office Technology
PO Box 2226
Gardena, CA 90247


Airgas National Carbonation
PO Box 734673
Dallas, TX 75373-4673


Airgas USA LLC
PO Box 102289
Pasadena, CA 91189-2289


American Express Credit Card
American Express Business
PO Box 981535
El Paso, TX 79998-1535


Anachem Laboratories, LLC
140 Standard St
El Segundo, CA 90245-3832


Anthem Health Ins
Anthem Blue Cross
PO Box 659960
San Antonio, TX 78265-9146


Beleza Designs LLC
Attn General
62 Azure Pass Dr
Katy, TX 77494

Belmark Inc
PO Box 8814
Carol Stream, IL 60197-8814


Berkeley Yeast
2451 Peralta St
Oakland, CA 94607


Blue Label
3750 Lancaster New Lexington Rd SE
Lancaster, OH 43130


Brewers Association
PO Box 1679
Boulder, CO 80306


BSG Craftbrewing
Attn BSG
PO BOX 74769
Chicago, IL 60694-4769


California Bank & Trust Visa Card
California Bank & Trust
PO Box 85861
San Diego, CA 92186-5861


California Department of Tax
and Fee Administration
PO Box 942879
Sacramento, CA 94279-0055


California Craft Brewers Association
PO Box 807
Sacramento, CA 95812

California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531


Cameron Welding Supply
PO Box 266
Stanton, CA 90680


Citibank-Citi.com
Citi Advantage Credit Card
PO Box 70166
Philadelphia, PA 19176-0166


City of Inglewood
PO Box 743543
Los Angeles, CA 90074-3543


CLS Farms
7810 Robillard Road
Moxee, WA 98936


Concur Technologies Inc
62157 Collections Center Drive
Chicago, IL 60693


Crosby Hops
18564 Arbor Grove Rd NE
Woodburn, OR 97071


Crowler Nation
Attn Crowler Accounting Team
1820 Industrial Circle
Longmont, CO 80501

Crown Carton Company Inc
1820 E 48th Pl Unit C
Los Angeles, CA 90058


Cucamonga Medical Equipment
and Supplies
8400 Maple Place Suite 104
Rancho Cucamonga, CA 91730


D & D Engineering
119 W Hyde Park Blvd
Inglewood, CA 90302


Department of the Treasury Alcohol
and Tobacco Tax and Trade Bureau
PO Box 790353
St. Louis, MO 63179-0353


Dept of Industrial Relations
PO Box 511232
Los Angeles, CA 90051-3030


Dewey Pest Control
PO Box 7114
Pasadena, CA 91109-7214


DMM Packaging Inc
2401 Simpson St Ste A
Kingsburg, CA 93631


Don Thornburgh
466 Foothill Boulevard #220
La Canada Flintridge, CA 91011

Equipment Depot
12393 Slauson Ave
Whittier, CA 90606


Eurofins Microbiology
Laboratories Inc
8430 W Bryn Mawr Ave
Chicago, IL 60631


Fer studio
Attn Fer studio
1159 East Hyde Park Blvd
Inglewood, CA 90302


First Rate Electric
Attn Neville Milburn
5608 Clearsite St
Torrance, CA 90505-3254


Future Plan by Ascencus
23693 Network Place
Chicago, IL 60673-1236


Givaudan Flavors Corporation
1199 Edison Dr
Cincinnati, OH 45216


Grandstand
PO Box 3497
Wichita, KS 67201


Greater Los Angeles Zoo Association
5333 Zoo Drive
Los Angeles, CA 90027

GS1 US Inc
Dept 781271
PO Box 78000
Detroit, MI 48278-1271


Hemann Trust
7500 Agnew Ave
Los Angeles, CA 90045


Indie Hops
2505 SE 11th Avenue
Portland, OR 97202


InTouch Labels & Packaging
12 Technology Drive
North Chelmsford, MA 01863


Kaiser
PO Box 741562
Los Angeles, CA 90074-1562


Key Air Conditioning Co
10905 Laurel Ave
Santa Fe Springs, CA 90670


KHS USA Inc
PO Box 681014
Chicago, IL 60695-2014


KJ Can West LLC (Can-One)
1441 Huntington Drive
South Pasadena, CA 91030

LAX Equipment Inc
830 West Florence Avenue
Inglewood, CA 90301


Leverage House
1717 Capitol Ave
Sacramento, CA 95811


Linwood Engineering Inc
Attn AP
2301 Dupont Drive
Irvine, CA 92612


Live Oak Bank
Attn Keilah Spooner Assoc SA OfcSBB
1757 Tiburon Drive
Wilmington, NC 28403


Live Oak Line of Credit
1741 Tiburon Dr
Wilmington, NC 28403


Live Oak SBA Loan
1741 Tiburon Dr
Wilmington, NC 28403


Long Beach Jerky Co
1859 Berkshire Drive
Fullerton, CA 92833


Los Angeles County Fire Department
PO Box 513148
Los Angeles, CA 90051-1148

Los Angeles County
Sanitation District
PO Box 4998
Whittier, CA 90607-4998


Los Angeles County Tax Collector
Attn Bankruptcy Unit
PO Box 54110
Los Angeles, CA 90054-0110


Lyneer Staffing
PO Box 88911
Milwaukee, WI 53288-8911


Manchester Business Park 8740
S Sepulveda Blvd
Ste 100
Los Angeles, CA 90045


McCune Mechanical
174441 Brooklyn Avenue
Yorba Linda, CA 92886


MCG Boilers Inc
PO Box 913
Chino Hills, CA 91709


Microstar Keg Management LLC
PO BOX 912392
Denver, CO 80291-2391

Motus LLC
60 South Street
Boston, MA 02111


MUN CPAs
2901 Douglas Blvd
Ste 290
Roseville, CA 95661


Oregon Fruit Products LLC
Attn Chris
PO Box 13490
Salem, OR 97309


Pneumatic Scale Angelus
25236 Network Place
Chicago, IL 60673-1252


Pro Refrigeration Inc
326 8th Street SW
Auburn, WA 98001


Prospero Equipment Corporation
7787 Bell Road
Windsor, CO 95492


Saxco
PO Box 848701
Los Angeles, CA 90084-8701


So Cal Gas
PO Box C
Monterey Park, CA 91756-5111

Southern California Edison
1551 W San Bernardino Road
Covina CA 91722-3407


Sovereign Flavors Inc
Attn Belen
4020 W Chandler Ave
Santa Ana, CA 92704


Sovos Compliance LLC
PO Box 347977
Pittsburgh, PA 15251-4977


Spectrum Business
PO Box 60074
City of Industry, CA 91716-0074


Swift Chip Inc
9415 Culver Blvd
Culver City, CA 90232


Systems Interface Inc
10802 47th Ave W
Mukilteo, WA 98275


The Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045


Troy Scarlott
7105 Hillgreen Drive
Dallas, TX 75214

Twining
2883 East Spring St
Ste 300
Long Beach, CA 90806


Uline
PO Box 88741
Chicago, IL 60680-1741


UPS
28013 Network Pl
Chicago, IL 60673-1280


Vantaggio HR Ltd
31726 Rancho Viejo Rd
Ste 202
San Juan Capistrano, CA 92675


Verizon
PO Box 660108
Dallas, TX 75266-0108


VIP
402 Watertower Cir
Colchester, VT 05446


WHC Lab
Prospect Lower, Newcastle
Wicklow, Co A63H0K8


Yakima Chief Hops LLC
Attn YCH Orders
306 Division St
Yakima, WA 98902

Yervant Krikorian
1555 Temescal Ave
Norco, CA 92860


Zee Company Inc
412 Georgia Ave Ste 300
Chattanooga, TN 37403


Zion Packaging (formerly Aluminati)
1695 California Avenue
Corona, CA 92881


Doug Flahaut
Echo Park Legal, APC
2210 W. Sunset Blvd., #301
Los Angeles, CA 90026


Bernie Kornberg
Miller Nash LLP
340 Golden Shore, Ste 450
Long Beach, CA 90802


City of Inglewood
One Manchester Boulevard
Inglewood, CA 90301


Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0002

Alliance Funding Group
Attn Brian Knox, CLFP
Legal Recovery Manager
18231 Irvine Boulevard
Tustin, CA 92780

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017


Noreen A Madoyan
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017


Carissa A Lynch
CA Franchise Tax Board
P. O. Box 1720
Mail Stop: A-260
Rancho Cordova, CA 95741-1720

CDTFA
PO Box 942840
 Sacramento, CA 94240


Los Angeles County Tax Collector
225 N Hill St #1
Los Angeles, CA 90012