GREGORY K. JONES, State Bar No. 181072
  gjones@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
10100 N. Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Telephone: 424-214-7000
Facsimile: 424-214-7010

Counsel for Debtor
GRDN Hospitality, LLC

**FILED & ENTERED**

**NOV 20 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DIVISION OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GRDN HOSPITALITY, LLC, d/b/a Three Weavers Brewing Company,<br><br>                                          Debtor. | Case No. 2:25-bk-16321-DS<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR AUTHORITY TO USE CASH COLLATERAL ON AN INTERIM BASIS**<br><br><u>Hearing</u>:<br>Date:     November 13, 2025<br>Time:    1:00 p.m.<br>Place:   Courtroom 1639<br>              255 East Temple Street<br>              Los Angeles, CA 90012 |

A continued hearing was held at the above time and place on the "Emergency Motion for Authority to Use Cash Collateral on an Interim and Final Basis" (the "Motion," Docket No. 18) filed by debtor and debtor in possession GRDN Hospitality, LLC (the "Debtor"). Appearances were noted on the record. Based on the Motion, the record in this case, the arguments of counsel at the hearing, and for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED that the Motion is granted on an interim basis through January 23, 2026 as follows:

/ / /

STRADLING YOCCA
CARLSON & RAUTH

1. The Debtor is authorized to use cash collateral on an interim basis pending a final hearing to pay the expenses in accordance with the budget (the "Budget") attached hereto as Exhibit A with authority to exceed the amounts set forth in the Budget by 15% of the Budget total.

2. Live Oak Bank ("Live Oak") shall have and is hereby granted by Debtor, as adequate protection, post-petition security interests and replacement liens pursuant to sections 361 and 363(e) of the Bankruptcy Code ("Post-Petition Lien") in all of the Debtor's assets, including accounts receivable and inventory, and in the Debtor's DIP accounts, acquired after the Petition Date to the extent of any cash collateral used, with such liens being of the same extent, priority, and validity of Live Oak's pre-petition Security Interests, provided however such replacement liens shall not extend to any avoiding power claims arising under the Bankruptcy Code. Each Post-Petition Lien shall be granted priority in payment over any and all administrative expenses of the kinds specified or ordered pursuant to any provision of the Bankruptcy Code.

3. Except as otherwise provided herein, the terms and provisions of this order are immediately valid and binding upon the Debtor, Live Oak, all other creditors of the Debtor, any committee, and all parties in interest and their respective successors and assigns, including any trustee or other fiduciary hereafter appointed as a legal representative of the Debtor's estate.

4. A final hearing on the Motion will be held on January 20, 2026 at 1:00 p.m.

###

Date: November 20, 2025

_____
Deborah J. Saltzman
United States Bankruptcy Judge

# EXHIBIT A

| Week starting | 11/10/25 | 11/17/25 | 11/24/25 | 12/1/25 | 12/8/25 | 12/15/25 | 12/22/25 | 12/29/25 | 1/5/26 | 1/12/26 | 1/19/26 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | | | | |
|   Tasting Room | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $16,000.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 |
|   Distribution | $11,934.00 | $12,108.80 | $18,390.40 | $8,754.80 | $14,308.00 | $14,989.00 | | | $31,596.00 | | $10,000.00 |
|   Customer-DS | | | | | | | | | | | |
|   Customer-SD | | | | $2,584.00 | $3,129.00 | | | | | | |
|   Customer-Pks | | | | | | | | | | | |
|   Other Income | | | | | | | | | | | |
| Total Income | $25,434.00 | $25,608.80 | $34,474.40 | $25,383.80 | $30,308.00 | $28,489.00 | $13,500.00 | $13,500.00 | $45,096.00 | $13,500.00 | $23,500.00 |
| Cost Of Goods Sold | | | | | | | | | | | |
|   BSG | $2,038.00 | $2,950.00 | $2,950.00 | $2,950.00 | $2,950.00 | $2,950.00 | $2,950.00 | $2,950.00 | $2,950.00 | $2,950.00 | $2,950.00 |
|   CLS Farms | | | | $1,235.00 | | | | | $1,235.00 | | |
|   Yakima Valley Hops | $1,775.83 | | $385.00 | $1,240.00 | | $1,775.83 | | $385.00 | $1,240.00 | | $1,775.83 |
|   Saxco | | | | | | | | | | | |
|   Coastal Carbonics | $2,215.00 | | | | $1,485.00 | $2,215.00 | | | | $1,485.00 | $2,215.00 |
|   Chemicals | | $1,250.00 | | | | | $1,250.00 | | | | |
|   Keg Logistic | | | $2,500.00 | | | | | $4,000.00 | | | |
|   Blue Label | | | | | | | | $4,000.00 | | | |
|   Eurofins | $255.00 | $255.00 | | | | | | | | | |
|   Other | | | | $180.00 | | | | | $180.00 | | |
| Total Cost Of Goods Sold | $6,283.83 | $4,455.00 | $5,835.00 | $5,605.00 | $4,435.00 | $6,940.83 | $4,200.00 | $11,335.00 | $5,605.00 | $4,435.00 | $6,940.83 |
| Net Weekly Income Before Tax & Expense | $19,150.17 | $21,153.80 | $28,639.40 | $19,778.80 | $25,873.00 | $21,548.17 | $9,300.00 | $2,165.00 | $39,491.00 | $9,065.00 | $16,559.17 |
| Expenses | | | | | | | | | | | |
|   Rent | | | | $17,000.00 | | | | $17,000.00 | | | |
|   Office Expense | $475.00 | $100.00 | $600.00 | $50.00 | $1,550.00 | $475.00 | $100.00 | $600.00 | $50.00 | $1,550.00 | $475.00 |
|   Sales Expense | $715.00 | | | | $558.00 | $715.00 | | | | $558.00 | $705.00 |
|   General Commercial Insurance & Umbrella | $3,220.70 | | | | | $3,220.70 | | | | | $3,220.70 |
|   Property Insurance (Deposit and 1st month Due) | | | | | $1,756.48 | | | | | $1,756.48 | |
|   Workers Comp | $556.00 | | $1,170.00 | $785.00 | | $556.00 | | $1,170.00 | $785.00 | | $556.00 |
|   Health Insurance | | | $8,250.00 | | | | $8,250.00 | | | | |
|   Dues and Subscriptions | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
|   Telephone | | $50.00 | | | | | $50.00 | | | | |
|   ATT Internet | | | | | | | | | | | |
|   Utility-Southern California Edison | $4,222.45 | | | $4,000.00 | $4,000.00 | $4,000.00 | | | | $4,000.00 | $4,000.00 |
|   Utility-So Cal Gas | | | | | $2,250.00 | | | | | $2,250.00 | |
|   Utility-Inglewood Water | | | | $750.00 | | | | | $750.00 | | |
|   Inglewood Business Tax (2023, 2024, 2025) | | | | | | | | | | | |
|   Sales Tax | $1,350.00 | $1,350.00 | $1,350.00 | $1,350.00 | $1,600.00 | $1,350.00 | $1,350.00 | $1,350.00 | $1,350.00 | $1,350.00 | $1,350.00 |
|   Payroll & 401k | | $22,000.00 | | $22,000.00 | | $22,000.00 | | $22,000.00 | | $22,000.00 | |
|   Payroll Tax | | $9,000.00 | | $9,000.00 | | $9,000.00 | | $9,000.00 | | $9,000.00 | |
|   Credit Card Payment | | | | | | | | | | | |
|   Bank Fees | | | | $500.00 | | | | $500.00 | | | |
|   Payroll Fees | | | | $260.00 | | | | $260.00 | | | |
| Total Expenses | $10,689.15 | $32,650.00 | $28,520.00 | $38,585.00 | $11,864.48 | $41,466.70 | $26,900.00 | $34,770.00 | $3,085.00 | $42,614.48 | $10,456.70 |
|   Net Operating Income | $86,652.21 | $75,156.01 | $75,275.41 | $56,469.21 | $70,477.73 | $50,559.20 | $32,959.20 | $354.20 | $36,760.20 | $3,210.72 | $9,313.19 |