GREGORY K. JONES, State Bar No. 181072
  gjones@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
10100 N. Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Telephone: 424-214-7000
Facsimile: 424-214-7010

Counsel for Debtor
GRDN Hospitality, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DIVISION OF CALIFORNIA

## LOS ANGELES DIVISION

| In re: | CASE NO. 2:25-bk-16321-DS |
|---|---|
| GRDN HOSPITALITY, LLC, | Chapter 11 |
| Debtor. | **THIRD STATUS CONFERENCE REPORT** |
| | Date: January 20, 2026<br>Time: 1:00 p.m.<br>Place: 255 E. Temple Street<br>       Los Angeles, CA 90012<br>Courtroom: 1639 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

In connection with the "Order Setting Scheduling and Case Management Conference" (the "Scheduling Order") [Docket No. 16], and the direction of this Court at the September 4, 2025 and November 13, 2025 status conferences [Docket Nos. 55 and 88], GRDN Hospitality, LLC ("GRDN" or the "Debtor") hereby submits its Third Status Conference Report and respectfully represents as follows:

**1.    Events Since Mid-November 2025 and Negotiations With Key Creditors**

As this Court is aware, on October 22, 2025, the Debtor filed its "Debtor's Chapter 11 Subchapter V Plan" [Docket No. 79] (the "Plan"). The Plan reflected, at the time of its filing, the Debtor's best assessment of its post-confirmation financial condition. Notably, the Debtor has repeatedly informed all parties and this Court that it would only be able to achieve a confirmed plan if it was able to reach agreements with its first secured lender, Live Oak Banking Company ("Live Oak")[1] and its lessor, Manchester Business Park LLC ("Manchester").

The Debtor and Live Oak reached the terms of an agreement on treatment of Live Oak's claim in the Debtor's amended plan of reorganization. The Debtor's counsel drafted a plan treatment stipulation for Class 1 (Live Oak's class) and emailed it to Live Oak's counsel for his input. On the date of the filing of this Status Report, Live Oak's counsel indicated that Live Oak would sign the stipulation with Live Oak's modifications incorporated. Thus, when this stipulation is executed, the Debtor will file it with the Court and it shall be incorporated in the amended plan of reorganization.

The Debtor has also been diligently negotiating with Manchester about its lease in Inglewood (the "Inglewood Lease"). As this Court may recall, the

---

[1]    The Plan presently places Live Oak's claim in Class One. The Debtor's proposal is to have the overall debt to Live Oak written down to the principal amount of $698,312.63. The Debtor will make interest-only payments for the first three years, with regular payments to be made over the next twelve years (180 months). The interest rate is a 3.25%, which is the present SBA Disaster Loan business rate.

Inglewood Lease covers property at 1031 West Manchester Blvd., Units A – E. The Debtor has determined that it no longer needs all of the space covered by the Inglewood Lease, and negotiations have been focused on the appropriate rental amount for the units that are going to be used by the Debtor. The Debtor hopes that it will have made further progress with Manchester by the time of this status conference hearing.

## 2. Other Business Matters

Throughout this case, the Debtor has made specific decisions as to property and/or contracts that it believed to be burdensome or inappropriate for it when it becomes a reorganized debtor. *See, e.g.*, Docket Nos. 90 (approving stipulation with the LA Clippers LLC), and 100 (approving relief from stay stipulation with Alliance Funding Group). One of the Debtor's Members, Ms. Lynne Weaver, frequently analyzes and updates her cash flow projections for the future. As a consequence, the Debtor believes that it will be in a good position to file an amended plan that would be feasible once the Manchester and Live Oak matters are resolved.

## 3. Recommendation

The Debtor seeks to minimize administrative fees going forward and wishes to settle the Live Oak and Manchester matters as soon as possible. As such, the Debtor recommends that the next status conference take place in a short period of time, such as fourteen (14) days, to keep all parties motivated in the ultimately confirmable amended plan of reorganization.

DATED: January 13, 2026         STRADLING YOCCA CARLSON & RAUTH LLP

                                By: /s/ *Gregory K. Jones*
                                    Gregory K. Jones
                                    Counsel for Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 N. Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (specify):  **Third Status Conference Report** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **1/13/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Service List

[ X ] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) **1/13/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See Attached Mailing List

[ X ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **1/13/2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
The Honorable Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

[]Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/13/2026 | Suzanne Johnson | /s/ Suzanne Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

**2:25-bk-16321-DS Notice will be electronically mailed to:**

*Moriah Douglas Flahaut (TR)*
*df@echoparklegal.com, C194@ecfcbis.com*

*Gregory K Jones on behalf of Debtor GRDN Hospitality, LLC*
*gjones@stradlinglaw.com, smjohnson@sycr.com;smjohnson@stradlinglaw.com*

*Raffi Khatchadourian on behalf of Interested Party Courtesy NEF*
*raffi@hemar-rousso.com*

*Bernard J Kornberg on behalf of Creditor Live Oak Banking Company*
*bernie.kornberg@millernash.com, edgar.rosales@millernash.com*

*Carissa A Lynch on behalf of Creditor CA Franchise Tax Board*
*Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov*

*Noreen A Madoyan on behalf of U.S. Trustee United States Trustee (LA)*
*Noreen.Madoyan@usdoj.gov*

*United States Trustee (LA)*
*ustpregion16.la.ecf@usdoj.gov*

*Mailing List*

1 Touch Office Technology
PO Box 2226
Gardena, CA 90247


Airgas National Carbonation
PO Box 734673
Dallas, TX 75373-4673


Airgas USA LLC
PO Box 102289
Pasadena, CA 91189-2289


American Express Credit Card
American Express Business
PO Box 981535
El Paso, TX 79998-1535


Anachem Laboratories, LLC
140 Standard St
El Segundo, CA 90245-3832


Anthem Health Ins
Anthem Blue Cross
PO Box 659960
San Antonio, TX 78265-9146


Beleza Designs LLC
Attn General
62 Azure Pass Dr
Katy, TX 77494

Belmark Inc
PO Box 8814
Carol Stream, IL 60197-8814

Berkeley Yeast
2451 Peralta St
Oakland, CA 94607

Blue Label
3750 Lancaster New Lexington Rd SE
Lancaster, OH 43130

Brewers Association
PO Box 1679
Boulder, CO 80306

BSG Craftbrewing
Attn BSG
PO BOX 74769
Chicago, IL 60694-4769

California Bank & Trust Visa Card
California Bank & Trust
PO Box 85861
San Diego, CA 92186-5861

California Department of Tax
and Fee Administration
PO Box 942879
Sacramento, CA 94279-0055

California Craft Brewers Association
PO Box 807
Sacramento, CA 95812

California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531


Cameron Welding Supply
PO Box 266
Stanton, CA 90680


Citibank-Citi.com
Citi Advantage Credit Card
PO Box 70166
Philadelphia, PA 19176-0166


City of Inglewood
PO Box 743543
Los Angeles, CA 90074-3543


CLS Farms
7810 Robillard Road
Moxee, WA 98936


Concur Technologies Inc
62157 Collections Center Drive
Chicago, IL 60693


Crosby Hops
18564 Arbor Grove Rd NE
Woodburn, OR 97071


Crowler Nation
Attn Crowler Accounting Team
1820 Industrial Circle
Longmont, CO 80501

Crown Carton Company Inc
1820 E 48th Pl Unit C
Los Angeles, CA 90058


Cucamonga Medical Equipment
and Supplies
8400 Maple Place Suite 104
Rancho Cucamonga, CA 91730


D & D Engineering
119 W Hyde Park Blvd
Inglewood, CA 90302


Department of the Treasury Alcohol
and Tobacco Tax and Trade Bureau
PO Box 790353
St. Louis, MO 63179-0353


Dept of Industrial Relations
PO Box 511232
Los Angeles, CA 90051-3030


Dewey Pest Control
PO Box 7114
Pasadena, CA 91109-7214


DMM Packaging Inc
2401 Simpson St Ste A
Kingsburg, CA 93631


Don Thornburgh
466 Foothill Boulevard #220
La Canada Flintridge, CA 91011

Equipment Depot
12393 Slauson Ave
Whittier, CA 90606


Eurofins Microbiology Laboratories Inc
8430 W Bryn Mawr Ave
Chicago, IL 60631


Fer studio
Attn Fer studio
1159 East Hyde Park Blvd
Inglewood, CA 90302


First Rate Electric
Attn Neville Milburn
5608 Clearsite St
Torrance, CA 90505-3254


Future Plan by Ascencus
23693 Network Place
Chicago, IL 60673-1236


Givaudan Flavors Corporation
1199 Edison Dr
Cincinnati, OH 45216


Grandstand
PO Box 3497
Wichita, KS 67201


Greater Los Angeles Zoo Association
5333 Zoo Drive
Los Angeles, CA 90027

GS1 US Inc
Dept 781271
PO Box 78000
Detroit, MI 48278-1271


Hemann Trust
7500 Agnew Ave
Los Angeles, CA 90045


Indie Hops
2505 SE 11th Avenue
Portland, OR 97202


InTouch Labels & Packaging
12 Technology Drive
North Chelmsford, MA 01863


Kaiser
PO Box 741562
Los Angeles, CA 90074-1562


Key Air Conditioning Co
10905 Laurel Ave
Santa Fe Springs, CA 90670


KHS USA Inc
PO Box 681014
Chicago, IL 60695-2014


KJ Can West LLC (Can-One)
1441 Huntington Drive
South Pasadena, CA 91030

LAX Equipment Inc
830 West Florence Avenue
Inglewood, CA 90301


Leverage House
1717 Capitol Ave
Sacramento, CA 95811


Linwood Engineering Inc
Attn AP
2301 Dupont Drive
Irvine, CA 92612


Live Oak Bank
Attn Keilah Spooner Assoc SA OfcSBB
1757 Tiburon Drive
Wilmington, NC 28403


Live Oak Line of Credit
1741 Tiburon Dr
Wilmington, NC 28403


Live Oak SBA Loan
1741 Tiburon Dr
Wilmington, NC 28403


Long Beach Jerky Co
1859 Berkshire Drive
Fullerton, CA 92833


Los Angeles County Fire Department
PO Box 513148
Los Angeles, CA 90051-1148

Los Angeles County
Sanitation District
PO Box 4998
Whittier, CA 90607-4998

Los Angeles County Tax Collector
Attn Bankruptcy Unit
PO Box 54110
Los Angeles, CA 90054-0110

Lyneer Staffing
PO Box 88911
Milwaukee, WI 53288-8911

Manchester Business Park 8740
S Sepulveda Blvd
Ste 100
Los Angeles, CA 90045

McCune Mechanical
174441 Brooklyn Avenue
Yorba Linda, CA 92886

MCG Boilers Inc
PO Box 913
Chino Hills, CA 91709

Microstar Keg Management LLC
PO BOX 912392
Denver, CO 80291-2391

Motus LLC
1 Beacon Street, Floor 15
Boston, MA 02108

MUN CPAs
2901 Douglas Blvd
Ste 290
Roseville, CA 95661

Oregon Fruit Products LLC
Attn Chris
PO Box 13490
Salem, OR 97309

Pneumatic Scale Angelus
25236 Network Place
Chicago, IL 60673-1252

Pro Refrigeration Inc
326 8th Street SW
Auburn, WA 98001

Prospero Equipment Corporation
7787 Bell Road
Windsor, CO 95492

Saxco
PO Box 848701
Los Angeles, CA 90084-8701

So Cal Gas
PO Box C
Monterey Park, CA 91756-5111

Southern California Edison
1551 W San Bernardino Road
Covina CA 91722-3407


Sovereign Flavors Inc
Attn Belen
4020 W Chandler Ave
Santa Ana, CA 92704


Sovos Compliance LLC
PO Box 347977
Pittsburgh, PA 15251-4977


Spectrum Business
PO Box 60074
City of Industry, CA 91716-0074


Swift Chip Inc
9415 Culver Blvd
Culver City, CA 90232


Systems Interface Inc
10802 47th Ave W
Mukilteo, WA 98275


The Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045


Troy Scarlott
7105 Hillgreen Drive
Dallas, TX 75214

Twining
2883 East Spring St
Ste 300
Long Beach, CA 90806


Uline
PO Box 88741
Chicago, IL 60680-1741


UPS
28013 Network Pl
Chicago, IL 60673-1280


Vantaggio HR Ltd
31726 Rancho Viejo Rd
Ste 202
San Juan Capistrano, CA 92675


Verizon
PO Box 660108
Dallas, TX 75266-0108


VIP
402 Watertower Cir
Colchester, VT 05446


WHC Lab
Prospect Lower, Newcastle
Wicklow, Co A63H0K8


Yakima Chief Hops LLC
Attn YCH Orders
306 Division St
Yakima, WA 98902

Yervant Krikorian
1555 Temescal Ave
Norco, CA 92860


Zee Company Inc
412 Georgia Ave Ste 300
Chattanooga, TN 37403


Zion Packaging (formerly Aluminati)
1695 California Avenue
Corona, CA 92881


Doug Flahaut
Echo Park Legal, APC
2210 W. Sunset Blvd., #301
Los Angeles, CA 90026


Bernie Kornberg
Miller Nash LLP
340 Golden Shore, Ste 450
Long Beach, CA 90802


City of Inglewood
One Manchester Boulevard
Inglewood, CA 90301


Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0002

Alliance Funding Group
Attn Brian Knox, CLFP
Legal Recovery Manager
18231 Irvine Boulevard
Tustin, CA 92780

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017


Noreen A Madoyan
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017


Carissa A Lynch
CA Franchise Tax Board
P. O. Box 1720
Mail Stop: A-260
Rancho Cordova, CA 95741-1720


CDTFA
PO Box 942840
Sacramento, CA 94240


Los Angeles County Tax Collector
225 N Hill St #1
Los Angeles, CA 90012


Country Malt Group
PO Box 51602
Los Angeles, CA 90051


Lynne M. Weaver
18025 Sandy Cape Drive
Pacific Palisades, CA 90272


Fora Financial West LLC Attn
Jared D. Feldman  519 8th
Avenue 11th Floor New York,
NY 10018-4581

Vox Funding, LLC
Attn Scott Greenberg
100 Park Ave 30th Floor New
York, NY 10017-5516

MicroStar Keg Management, LLC
2401 15th Street
Denver, CO 80202
Attention: Todd Erickson

Manchester Business Park
c/o ANR Asset Management Brokerage
8740 S. Sepulveda Blvd., #100
Westchester, CA 90045

Howard Camhi, Esq.
Michelman Robinson
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024

David Jordan
Bankruptcy Specialist
IRS
1220 SW Third Avenue, Suite G-O44
Portland, OR 97204

Brian Knox
Legal Recovery Manager
Alliance Funding Group
18321 Irvine Blvd.
Tustin, CA 92780