GREGORY K. JONES, State Bar No. 181072
    gjones@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
10100 N. Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Telephone:  424-214-7000
Facsimile:  424-214-7010

Reorganization Counsel for Debtor
GRDN Hospitality, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DIVISION OF CALIFORNIA

### LOS ANGELES DIVISION

| In Re : | CASE NO. 2:25-bk-16321-DS |
|---|---|
| GRDN Hospitality, LLC, d/b/a Three Weavers Brewing Company,<br><br>                                    Debtor. | Chapter 11<br><br>**STIPULATION AND ORDER FIXING ALLOWED SECURED CLAIM AND ALLOWED UNSECURED CLAIM OF LIVE OAK BANK** |

## STIPULATION

The following stipulation (the "Stipulation") is entered into by and between GRDN Hospitality, LLC (the "Debtor") and Live Oak Banking Company ("Live Oak"). This Stipulation is based on the following recitals:

A.      GRDN Hospitality, LLC (the "Debtor") filed a voluntary petition under chapter 11 of 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and elected subchapter V on July 24, 2025 (the "Petition Date"). The Debtor is operating its business and managing its financial affairs as a debtor in possession pursuant to §§ 1182(2) and 1184 of the Bankruptcy Code.

B.      The United States Trustee (the "UST") appointed M. Douglas Flahaut as the subchapter V trustee (the "Trustee") pursuant to 11 U.S.C. § 1183(a).

C.      As of the Petition Date, the Debtor was a borrower to Live Oak through (i) a Promissory Note dated September 22, 2022 in the amount of $2,520,000 (the "Primary Note") and (ii) a Promissory Note dated September 22, 2022 in the amount of $200,000 (the "LOC").

D.      The Primary Note and are LOC are secured by, among other things, "all of Borrower's . . . assets, howsoever arising, wherever located and whether now owned or existing or hereafter existing or acquired" (the "Collateral").

E.      On August 7, 2025, Live Oak filed proof of claim 2-1 ("Claim 2-1) for $2,315,730.60. On the same day, Live Oak filed proof of claim 3-1 ("Claim 3-1") for $201,064.08. The total of the filed claims was $2,516,794.68. Both Claims were listed as fully secured.

F.      The Debtor and Live Oak desire to fix the allowed amount of Live Oak's secured claim and unsecured claim for the purpose of the Debtor's "Debtor's Chapter 11 Subchapter V Plan" (the "Plan") [Docket No. 79] (as such Plan is later amended), filed on October 22, 2025, and provide for the treatment of the Live Oak Claims.

1      Based on the foregoing, the parties hereto stipulate and agree as follows:

2      1.      As of the Effective Date of the Plan, the secured portion of Claim 2-1

3  shall be reduced to the amount of $698,312.63 and allowed in such amount against

4  the Debtor (the "Live Oak Secured Claim").  The Live Oak Secured Claim shall be

5  paid over seven (7) years, through 84 monthly payments, at an interest rate of

6  7.5%.  The first twelve payments will be interest only payments in the amount of

7  $4,634, with the first payment coming due on February 5, 2026. Starting in month

8  13 and through month 84, the Debtor will make monthly amortized principal and

9  interest payments, with each payment due on the 5th day of the month.  Live Oak

10  shall have no obligation to release its security in Debtor's personal property until

11  the Live Oak Secured Claim is paid in full.

12      2.      If the plan is not confirmed by February 5, 2026, the payments on the

13  Live Oak Secured Claim set forth in paragraph 1 of this Stipulation shall be made

14  as adequate protection payments to Live Oak in exchange for further use of cash

15  collateral (the terms of which will be negotiated separately outside this stipulation),

16  and the confirmed plan will be adjusted to account for any such payments.

17      3.      Live Oak shall have an unsecured claim of $1,617,417.97 for the

18  unsecured portion of Claim 2-1.  Claim 3-1 shall be treated as fully unsecured in

19  the amount of $201,064.08.  Collectively, these two claims will be treated as

20  separate claims in the total sum of $1,818,482.05, and will be paid at the same rate

21  as other general unsecured creditors.  Nothing in this Stipulation shall preclude

22  Live Oak from objecting to Debtor's plan regarding the rate paid on unsecured

23  claims.

24      4.      Except as expressly modified by paragraphs 1 through 3 of this

25  Stipulation, all terms in any agreement between Debtor and Live Oak regarding or

26  relating to the Primary Note and LOC, including any Loan Agreement or Security

27  Agreement (the "Loan Documents"), shall survive and be binding upon Debtor

28  upon confirm of Debtor's Chapter 11 plan.  The surviving terms expressly include

the obligation of Debtor to maintain insurance upon the Collateral and the right of Live Oak to impose charges for payments which are not timely tendered to Live Oak.

5.      Upon the occurrence of a default in payment under this Stipulation or any breach of the terms of the Loan Documents (an "Event of Default"), Live Oak shall give written notice of default (a "Notice of Default") via email, facsimile or overnight mail to counsel for Debtor.  If the Debtor fails to cure the Event of Default within ten days, Live Oak shall have the right to (i) bring a motion to convert or dismiss this chapter 11 case before this Court; or (ii) or enforce its applicable remedies under state law, including by bringing legal action in any state or federal court which has jurisdiction.

6.      Notwithstanding the occurrence of an Event of Default, Live Oak shall retain all rights, interests, liens, privileges, claims and protections pursuant to this Stipulation and the Plan.

7.      The Debtor may sell any of the Collateral either before or after confirmation of a plan in the Debtor's chapter 11 case, subject to Live Oak's approval.  Live Oak shall have no obligation to approve any such sale unless provided with an appraisal which states that the sale price reflects the fair market value of the Collateral to be sold, but in such case, Live Oak's approval shall not be unreasonably withheld.  The proceeds of the sale of the Collateral shall be applied to the principal amount of the Live Oak Secured Claim.

8.      Debtor shall confirm a Chapter 11 plan no later than April 1, 2026.  In the event Debtor fails to do so, Live Oak may bring a motion to convert or dismiss the case, even if Debtor is in compliance with all other provisions of this Stipulation.

///

///

///

9.      Nothing in this plan or the confirmation shall affect the guarantees of the non-debtors.  Live Oak shall retain all rights under the loan agreement and guarantees to pursue the non-debtors for any loan default caused by the terms of the plan or confirmation order, including but not limited to the agreed upon claim amounts, interest rate and all other terms of the loan agreement which are or will be modified by this Stipulation, plan or confirmation order.

10.      This Stipulation shall not be binding until approved by the Court.

DATED:  January 14, 2026          STRADLING YOCCA CARLSON & RAUTH LLP

By:    /s/ Gregory K. Jones
*Gregory K. Jones*
Counsel for Debtor

DATED:  January 14, 2026          MILER NASH LLP

By:    Bernie Kornberg
*Bernie Kornberg*
Counsel for Live Oak Bank

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 N. Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (specify):  Stipulation and Order Fixing Allowed Secured Claim and Allowed Unsecured Claim of Live Oak Bank _____
_____will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **1/15/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Service List

[X] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date)  **1/15/2025**   the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See Attached Mailing List

[X] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **1/15/2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Served Via Federal Express**
The Honorable Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

[]Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/15/2025 | Suzanne Johnson | /s/ Suzanne Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

## *SERVICE LIST*

**2:25-bk-16321-DS Notice will be electronically mailed to:**

*Moriah Douglas Flahaut (TR)*
*df@echoparklegal.com, C194@ecfcbis.com*

*Gregory K Jones on behalf of Debtor GRDN Hospitality, LLC*
*gjones@stradlinglaw.com, smjohnson@sycr.com;smjohnson@stradlinglaw.com*

*Raffi Khatchadourian on behalf of Interested Party Courtesy NEF*
*raffi@hemar-rousso.com*

*Bernard J Kornberg on behalf of Creditor Live Oak Banking*
*Company*
*bernie.kornberg@millernash.com,  edgar.rosales@millernash.com*

*Carissa A Lynch on behalf of Creditor CA Franchise Tax Board*
*Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov*

*Noreen A Madoyan on behalf of U.S. Trustee United States Trustee (LA)*
*Noreen.Madoyan@usdoj.gov*

*United States Trustee (LA)*
*ustpregion16.la.ecf@usdoj.gov*

*Mailing List*

1 Touch Office Technology
PO Box 2226
Gardena, CA 90247


Airgas National Carbonation
PO Box 734673
Dallas, TX 75373-4673


Airgas USA LLC
PO Box 102289
Pasadena, CA 91189-2289


American Express Credit Card
American Express Business
PO Box 981535
El Paso, TX 79998-1535


Anachem Laboratories, LLC
140 Standard St
El Segundo, CA 90245-3832


Anthem Health Ins
Anthem Blue Cross
PO Box 659960
San Antonio, TX 78265-9146


Beleza Designs LLC
Attn General
62 Azure Pass Dr
Katy, TX 77494

Belmark Inc
PO Box 8814
Carol  Stream, IL  60197-8814


Berkeley Yeast
2451 Peralta St
Oakland, CA 94607


Blue Label
3750 Lancaster New Lexington Rd SE
Lancaster, OH 43130


Brewers Association
PO Box 1679
Boulder,  CO  80306


BSG Craftbrewing
Attn BSG
PO BOX 74769
Chicago,  IL  60694-4769


California Bank & Trust Visa Card
California Bank & Trust
PO Box 85861
San  Diego,  CA  92186-5861


California Department of Tax
and Fee Administration
PO Box 942879
Sacramento,  CA  94279-0055


California Craft Brewers Association
PO Box 807
Sacramento,  CA  95812

California Franchise Tax Board
PO Box 942857
Sacramento,  CA  94257-0531


Cameron Welding Supply
PO Box 266
Stanton,  CA  90680


Citibank-Citi.com
Citi Advantage Credit Card
PO Box 70166
Philadelphia, PA 19176-0166


City of Inglewood
PO Box 743543
Los  Angeles,  CA  90074-3543


CLS  Farms
7810 Robillard Road
Moxee, WA 98936


Concur Technologies Inc
62157 Collections Center Drive
Chicago, IL 60693


Crosby Hops
18564 Arbor Grove Rd NE
Woodburn, OR 97071


Crowler  Nation
Attn Crowler Accounting Team
1820 Industrial Circle
Longmont, CO 80501

Crown Carton Company Inc
1820 E 48th Pl Unit C
Los Angeles, CA 90058


Cucamonga Medical Equipment
and Supplies
8400 Maple Place Suite 104
Rancho Cucamonga, CA 91730


D & D Engineering
119 W Hyde Park Blvd
Inglewood, CA 90302


Department of the Treasury Alcohol
and Tobacco Tax and Trade Bureau
PO Box 790353
St. Louis, MO 63179-0353


Dept of Industrial Relations
PO Box 511232
Los Angeles, CA 90051-3030


Dewey Pest Control
PO Box 7114
Pasadena, CA 91109-7214


DMM Packaging Inc
2401 Simpson St Ste A
Kingsburg, CA 93631


Don Thornburgh
466 Foothill Boulevard #220
La Canada Flintridge, CA 91011

Equipment Depot
12393 Slauson Ave
Whittier, CA 90606


Eurofins Microbiology
Laboratories Inc
8430 W Bryn Mawr Ave
Chicago, IL 60631


Fer studio
Attn Fer studio
1159 East Hyde Park Blvd
Inglewood, CA 90302


First Rate Electric
Attn Neville Milburn
5608 Clearsite St
Torrance, CA 90505-3254


Future Plan by Ascencus
23693 Network Place
Chicago, IL 60673-1236


Givaudan Flavors Corporation
1199 Edison Dr
Cincinnati, OH 45216


Grandstand
PO Box 3497
Wichita, KS 67201


Greater Los Angeles Zoo Association
5333 Zoo Drive
Los Angeles, CA 90027

GS1 US Inc
Dept 781271
PO Box 78000
Detroit, MI 48278-1271


Hemann Trust
7500 Agnew Ave
Los Angeles, CA 90045


Indie Hops
2505 SE 11th Avenue
Portland, OR 97202


InTouch Labels & Packaging
12 Technology Drive
North Chelmsford, MA 01863


Kaiser
PO Box 741562
Los Angeles, CA 90074-1562


Key Air Conditioning Co
10905 Laurel Ave
Santa Fe Springs, CA 90670


KHS USA Inc
PO Box 681014
Chicago, IL 60695-2014


KJ Can West LLC (Can-One)
1441 Huntington Drive
South Pasadena, CA 91030

LAX Equipment Inc
830 West Florence Avenue
Inglewood, CA 90301


Leverage House
1717 Capitol Ave
Sacramento, CA 95811


Linwood Engineering Inc
Attn AP
2301 Dupont Drive
Irvine, CA 92612


Live Oak Bank
Attn Keilah Spooner Assoc SA OfcSBB
1757 Tiburon Drive
Wilmington, NC 28403


Live Oak Line of Credit
1741 Tiburon Dr
Wilmington, NC 28403


Live Oak SBA Loan
1741 Tiburon Dr
Wilmington, NC 28403


Long Beach Jerky Co
1859 Berkshire Drive
Fullerton, CA 92833


Los Angeles County Fire Department
PO Box 513148
Los Angeles, CA 90051-1148

Los Angeles County
Sanitation District
PO Box 4998
Whittier, CA 90607-4998


Los Angeles County Tax Collector
Attn Bankruptcy Unit
PO Box 54110
Los  Angeles,  CA  90054-0110


Lyneer Staffing
PO Box 88911
Milwaukee,  WI  53288-8911


Manchester Business Park 8740
S Sepulveda Blvd
Ste 100
Los  Angeles,  CA  90045


McCune Mechanical
174441 Brooklyn Avenue
Yorba  Linda,  CA  92886


MCG Boilers Inc
PO Box 913
Chino Hills, CA 91709


Microstar Keg Management LLC
PO BOX 912392
Denver, CO 80291-2391

Motus LLC
1 Beacon Street, Floor 15
Boston, MA 02108


MUN CPAs
2901 Douglas Blvd
Ste 290
Roseville, CA  95661


Oregon Fruit Products LLC
Attn Chris
PO Box 13490
Salem, OR  97309


Pneumatic Scale Angelus
25236 Network Place
Chicago, IL 60673-1252


Pro Refrigeration Inc
326 8th Street SW
Auburn, WA 98001


Prospero Equipment Corporation
7787 Bell Road
Windsor, CO  95492


Saxco
PO Box 848701
Los Angeles, CA  90084-8701


So Cal Gas
PO Box C
Monterey Park, CA 91756-5111

Southern California Edison
1551 W San Bernardino Road
Covina CA 91722-3407

Sovereign Flavors Inc
Attn Belen
4020 W Chandler Ave
Santa Ana, CA 92704

Sovos Compliance LLC
PO Box 347977
Pittsburgh, PA 15251-4977

Spectrum Business
PO Box 60074
City of Industry, CA 91716-0074

Swift Chip Inc
9415 Culver Blvd
Culver City, CA 90232

Systems Interface Inc
10802 47th Ave W
Mukilteo, WA 98275

The Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045

Troy Scarlott
7105 Hillgreen Drive
Dallas, TX 75214

Twining
2883 East Spring St
Ste 300
Long Beach, CA 90806


Uline
PO Box 88741
Chicago, IL 60680-1741


UPS
28013 Network Pl
Chicago, IL 60673-1280


Vantaggio HR Ltd
31726 Rancho Viejo Rd
Ste 202
San Juan Capistrano, CA 92675


Verizon
PO Box 660108
Dallas, TX 75266-0108


VIP
402 Watertower Cir
Colchester, VT 05446


WHC Lab
Prospect Lower, Newcastle
Wicklow, Co A63H0K8


Yakima Chief Hops LLC
Attn YCH Orders
306 Division St
Yakima, WA 98902

Yervant Krikorian
1555 Temescal Ave
Norco, CA 92860


Zee Company Inc
412 Georgia Ave Ste 300
Chattanooga, TN 37403


Zion Packaging (formerly Aluminati)
1695 California Avenue
Corona, CA 92881


Doug Flahaut
Echo Park Legal, APC
2210 W. Sunset Blvd., #301
Los Angeles, CA 90026


Bernie Kornberg
Miller Nash LLP
340 Golden Shore, Ste 450
Long Beach, CA 90802


City of Inglewood
One Manchester Boulevard
Inglewood, CA 90301


Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0002


Alliance Funding Group
Attn Brian Knox, CLFP
Legal Recovery Manager
18231 Irvine Boulevard
Tustin, CA 92780

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017


Noreen A Madoyan
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017


Carissa A Lynch
CA Franchise Tax Board
P. O. Box 1720
Mail Stop: A-260
Rancho Cordova, CA 95741-1720


CDTFA
PO Box 942840
Sacramento, CA 94240


Los Angeles County Tax Collector
225 N Hill St #1
Los Angeles, CA 90012


Country Malt Group
PO Box 51602
Los Angeles, CA 90051


Lynne M. Weaver
18025 Sandy Cape Drive
Pacific Palisades, CA 90272


Fora Financial West LLC Attn
Jared D. Feldman  519 8th
Avenue 11th Floor New York,
NY 10018-4581

Vox Funding, LLC
Attn Scott Greenberg
100 Park Ave 30th Floor New
York, NY 10017 -5516

MicroStar Keg Management, LLC
2401 15th Street
Denver, CO 80202
Attention:  Todd Erickson

Manchester Business Park
c/o ANR Asset Management Brokerage
8740 S. Sepulveda Blvd., #100
Westchester, CA 90045

Howard Camhi, Esq.
Michelman Robinson
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024

David Jordan
Bankruptcy Specialist
IRS
1220 SW Third Avenue, Suite G-O44
Portland, OR 97204

Brian Knox
Legal Recovery Manager
Alliance Funding Group
18321 Irvine Blvd.
Tustin, CA 92780