T
GREGORY K. JONES, State Bar No. 181072
  gjones@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
10100 N. Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Telephone:  424-214-7000
Facsimile:  424-214-7010

Counsel for Debtor
**GRDN Hospitality, LLC**

FILED & ENTERED

FEB 05 2026

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell   DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DIVISION OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:25-bk-16321-DS |
| GRDN HOSPITALITY, LLC, | Chapter 11 |
| Debtor. | **ORDER ESTABLISHING DEADLINES AND PROCEDURES FOR SOLICITATION AND CONFIRMATION OF CHAPTER 11 PLAN** |

On January 20, 2026, the court conducted a status conference.  Appearances were noted on the record.  Based on arguments of parties at the status conference, the "Third Status Conference Report" (Docket No. 109) filed by debtor GRDN Hospitality, LLC (the "Debtor") and the record in this case,

IT IS HEREBY ORDERED that:

1.      The Debtor must file an amended plan of reorganization (the "Plan") no later than February 20, 2026.

2.      The Debtor must file, serve, and solicit its Plan, ballots for voting, and the notice of the hearing on Plan confirmation and applicable deadlines no later than February 20, 2026.

3.      Parties in interest are to vote on the Plan no later than March 13, 2026.

/ / /

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

4.      Any objection to confirmation of the Plan the Plan (the "Objections"), including any supporting declarations and other evidence in support of the Objections, must be filed no later than April 14, 2026.  The deadline for creditors to make the 11 U.S.C. § 1111(b) election is April 14, 2026.

5.      The Debtor must file its confirmation brief and all evidence in support of confirmation no later than April 21, 2026.

6.      The Debtor must file the summary of voting of ballots no later than April 21, 2026.

7.      A hearing on confirmation of the Plan will be held on May 5, 2026, at 1:00 p.m.

###

Date: February 5, 2026

_____
Deborah J. Saltzman
United States Bankruptcy Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

-1-