GREGORY K. JONES, State Bar No. 181072
  gjones@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
10100 N. Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Telephone:  424-214-7000
Facsimile:  424-214-7010

Counsel for Debtor
GRDN Hospitality, LLC

**FILED & ENTERED**

**MAR 12 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DIVISION OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:25-bk-16321-DS |
| GRDN HOSPITALITY, LLC, | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION FOR ORDER AUTHORIZING DEBTOR TO (1) REJECT CURRENT DISTRIBUTION AGREEMENT AND (2) ENTER INTO NEW DISTRIBUTION AGREEMENT WITH STRAUB DISTRIBUTING COMPANY, LTD.** |

Hearing:
Date:     March 12, 2026
Time:     1:00 p.m.
Place:    Courtroom 1639
          255 East Temple Street
          Los Angeles, CA 90012

A hearing was held at the above time and place on the "Motion for Order Authorizing Debtor to (1) Reject Current Distribution Agreement and (2) Enter into New Distribution Agreement with Straub Distribution Company, Ltd." (the "Motion," Docket No. 135) filed by debtor GRDN Hospitality, LLC (the "Debtor").  Appearances were noted on the record.  Based on the Motion, the arguments of counsel at the hearing, and the record in this case, and for the reasons stated on the record,

/ / /

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

IT IS HEREBY ORDERED that the Motion is granted.  The Debtor's "Three Weavers Brewing Company LLC Distribution Agreement" with Stone Brewing Co., dated July 12, 2018, as amended on August 23, 2021 via the "Distribution Contract Addendum" and further amended through the "Amendment and Assignment Agreement" dated August 31, 2022, and further amended through the "2025 Amendment and Mutual Release Agreement" dated March 12, 2025, and thereafter assigned to Sunset Distributing, LLC is rejected under 11 U.S.C. § 365(a).  The Debtor is authorized to enter into the "Distributor Agreement (Exclusive Territory)" with Straub Distributing Company, Ltd., as of March 9, 2026, the date of the filing of the Motion.

###

Date: March 12, 2026

Deborah J. Saltzman
United States Bankruptcy Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES