GREGORY K. JONES, State Bar No. 181072
  gjones@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
10100 N. Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Telephone: 424-214-7000
Facsimile: 424-214-7010

Counsel for Debtor
GRDN Hospitality, LLC

**FILED & ENTERED**

**APR 13 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell   DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DIVISION OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:25-bk-16321-DS |
| GRDN HOSPITALITY, LLC, d/b/a Three Weavers Brewing Company, <br><br> Debtor. | Chapter 11 <br><br> **ORDER GRANTING MOTION FOR AUTHORITY TO USE CASH COLLATERAL** <br><br> <u>Hearing</u>: <br> Date:    January 20, 2026 <br> Time:    1:00 p.m. <br> Place:   Courtroom 1639 <br>          255 East Temple Street <br>          Los Angeles, CA 90012 |

A continued hearing was held at the above time and place on the "Emergency Motion for Authority to Use Cash Collateral on an Interim and Final Basis" (the "Motion," Docket No. 18) filed by debtor and debtor in possession GRDN Hospitality, LLC (the "Debtor"). Appearances were noted on the record. Based on the Motion, the record in this case, the arguments of counsel at the hearing, and for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED that:

1.     The Motion is granted on a final basis.

2.     The Debtor is authorized to use cash collateral on an final basis in accordance with the budget (the "Budget") attached hereto as Exhibit A with authority to exceed the amounts set forth in the Budget by 15% of the Budget total.

STRADLING YOCCA
CARLSON & RAUTH

3.      Live Oak Bank ("Live Oak") is entitled to payments pursuant to the "Stipulation and Order Fixing Allowed Secured Claim and Allowed Unsecured Claim of Live Oak Bank" (Docket No. 110), as approved by the court (Docket No. 111).

4.      Live Oak is granted by Debtor, as adequate protection, post-petition security interests and replacement liens pursuant to sections 361 and 363(e) of the Bankruptcy Code ("Post-Petition Lien") in all of the Debtor's assets, including accounts receivable and inventory, and in the Debtor's DIP accounts, acquired after the Petition Date to the extent of any cash collateral used, with such liens being of the same extent, priority, and validity of Live Oak's pre-petition Security Interests, provided however such replacement liens do not extend to any avoiding power claims arising under the Bankruptcy Code.  Each Post-Petition Lien is granted priority in payment over any and all administrative expenses of the kinds specified or ordered pursuant to any provision of the Bankruptcy Code.

5.      Except as otherwise provided herein, the terms and provisions of this order are immediately valid and binding upon the Debtor, Live Oak, all other creditors of the Debtor, any committee, and all parties in interest and their respective successors and assigns, including any trustee or other fiduciary hereafter appointed as a legal representative of the Debtor's estate.

###

Date: April 13, 2026

Deborah J. Saltzman
United States Bankruptcy Judge

STRADLING YOCCA
CARLSON & RAUTH

# EXHIBIT A

| Week starting | 2/9/2026 | 2/16/2026 | 2/23/2026 | 3/2/2026 | 3/9/2026 | 3/16/2026 | 3/23/2026 | 3/30/2026 |
|---|---|---|---|---|---|---|---|---|
| General Business Account | $ 28,402.27 | $ 29,071.91 | $ 43,636.34 | $ 42,804.40 | $ 36,677.10 | $ 36,937.17 | $ 45,594.71 | $ 51,417.64 |
| Payroll Account | $ 5,725.31 | $ 838.44 | $ 838.44 | $ 451.57 | $ 191.57 | $ 304.70 | $ 304.70 | $ 9,236.97 |
| Tax Account | $ 8,604.00 | $ 8,604.00 | $ 7,259.82 | $ 9,787.19 | $ 12,390.38 | $ 15,071.66 | $ 8,157.08 | $ 11,001.65 |
| Cash | | | | | | | | |
| **Beginning Bank Balance** | **$ 42,731.58** | **$ 38,514.35** | **$ 51,734.60** | **$ 53,043.16** | **$ 49,259.04** | **$ 52,313.53** | **$ 54,056.49** | **$ 71,656.26** |
| | | | | | | | | |
| Income | | | | | | | | |
| Tasting Room | $ 23,822.86 | $ 24,537.55 | 25,273.67 | $26,031.88 | $26,812.84 | $27,617.22 | $28,445.74 | $29,299.11 |
| Distribution | $ 5,793.26 | $ 19,310.88 | 20,000.00 | | $20,000.00 | | $24,000.00 | |
| Customer-DS | | | | | | | | |
| Customer-SD | | | | | | | | |
| Customer-Pks | | | | | | | | |
| Other Income | | | | | | | | |
| Total Income | $ 29,616.12 | $ 43,848.43 | 45,273.67 | $26,031.88 | $46,812.84 | $27,617.22 | $52,445.74 | $29,299.11 |
| Cost Of Goods Sold | | | | | | | | |
| Garage COGs | | | $ 11,000.00 | $ - | $ 11,000.00 | $ - | $ 13,200.00 | $ - |
| BSG | | | | | | | | |
| CLS Farms | | | | | | | | |
| Yakima Valley Hops | | | | | | | | |
| Saxco | | | | | | | | |
| Coastal Carbonics | | | | | | | | |
| Chemicals | | | | | | | | |
| Keg Logistic | | | $ 2,500.00 | | | | | |
| Blue Label | | | | | | | | |
| Eurofins | | | | | | | | |
| Other | | | | | | | | |
| Total Cost Of Goods Sold | $ - | $ - | $ 13,500.00 | $ - | $ 11,000.00 | $ - | $ 13,200.00 | $ - |
| Net Weekly Income Before Tax & Expense | $ 29,616.12 | $ 43,848.43 | $ 31,773.67 | $26,031.88 | $35,812.84 | $27,617.22 | $39,245.74 | $29,299.11 |
| Expenses | | | | | | | | |
| Rent | | $ 18,000.00 | | $ 18,000.00 | | | | $ 18,000.00 |
| Office Expense | $ 300.00 | $ 475.00 | $ 100.00 | $50.00 | $300.00 | $475.00 | $100.00 | $600.00 |
| Sales Expense | $ 558.00 | $ 715.00 | | | $558.00 | $715.00 | | |
| Hanover (General Commercial Insurance & Umbrella) | | | | $1,756.00 | | | | |
| First Insurance (Property Insurance) | $ 1,756.48 | | | | $1,756.48 | | | |
| National Indeminaty | | $ 464.24 | | | | $464.24 | | |
| Workers Comp | | $ 785.00 | | | | $785.00 | | |
| Health Insurance | | | $328.24 | | | | $328.24 | |
| Dues and Subscriptions | $ 150.00 | $ 150.00 | $ 150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| Telephone | | $ 50.00 | | | | $50.00 | | |
| ATT Internet | $ 107.00 | | | | $107.00 | | | |
| Spectrum TV | | $ 308.72 | | | | $308.72 | | |
| Utility-Southern California Edison | | $ 2,500.00 | | | | $2,500.00 | | |
| Utility-So Cal Gas | | | | $600.00 | | | | $600.00 |
| Utility-Inglewood Water (Due 18th) | | $ 750.00 | | | | $500.00 | | |
| Inglewood Business Tax (2023, 2024, 2025) | | | | | | | | |

| Week starting | 2/9/2026 | 2/16/2026 | 2/23/2026 | 3/2/2026 | 3/9/2026 | 3/16/2026 | 3/23/2026 | 3/30/2026 |
|---|---|---|---|---|---|---|---|---|
| Credit Card Payment | | | | | | | | |
| Merchant Services (Credit Card Fees) | | | | | | | | |
| CA/FED taxes | | | | | | | | |
| Maintainence/Repairs | | | | | | | | |
| Bank Fees | | $ 250.00 | | | | $250.00 | | |
| Administration Fees | | | | | | $10,000.00 | | |
| Live Oak | | | | $ 4,500.00 | | | | $ 4,500.00 |
| Class 3 Claims | | | | $ 4,500.00 | | | | |
| Payroll & 401k | $ 21,067.73 | | $21,067.73 | | $21,067.73 | | $21,067.73 | |
| Payroll Tax | $ 8,583.14 | | $8,583.14 | | $8,583.14 | | | |
| Payroll Fees | $ 236.00 | | $236.00 | $260.00 | $236.00 | | | |
| Sales Tax | | $ 6,180.22 | | | | $9,676.31 | | |
| Total Expenses | $ 32,758.35 | $ 30,628.18 | $ 30,465.11 | $ 29,816.00 | $ 32,758.35 | $ 25,874.27 | $ 21,645.97 | $ 23,850.00 |
| | | | | | | | | |
| Net Income | $ (3,142.23) | $ 13,220.25 | $ 1,308.56 | $ (3,784.12) | $ 3,054.49 | $ 1,742.96 | $ 17,599.77 | $ 5,449.11 |
| | | | | | | | | |
| **Ending Bank Account Balance** | $ 39,589.35 | $ 51,734.60 | $ 53,043.16 | $ 49,259.04 | $ 52,313.53 | $ 54,056.49 | $ 71,656.26 | $ 77,105.37 |
| | | | | | | | | |
| Inner Bank Transfers | | | | | | | | |
| General to Payroll | $25,000.00 | | $29,500.00 | | $30,000.00 | | $30,000.00 | |
| General to Tax | $1,075.00 | $4,836.04 | $2,527.37 | $2,603.19 | $2,681.28 | $2,761.72 | $2,844.57 | $2,929.91 |
| | | | | | | | | |
| General Business Account | $ 29,071.91 | $ 43,636.34 | $ 42,804.40 | $ 36,677.10 | $ 36,937.17 | $ 45,594.71 | $ 51,417.64 | $ 53,936.84 |
| Payroll Account | $ 838.44 | $ 838.44 | $ 451.57 | $ 191.57 | $ 304.70 | $ 304.70 | $ 9,236.97 | $ 9,236.97 |
| Tax Account | $ 8,604.00 | $ 7,259.82 | $ 9,787.19 | $ 12,390.38 | $ 15,071.66 | $ 8,157.08 | $ 11,001.65 | $ 13,931.56 |
| Cash | | | | | | | | |
| Bank Account check | $ 38,514.35 | $ 51,734.60 | $ 53,043.16 | $ 49,259.04 | $ 52,313.53 | $ 54,056.49 | $ 71,656.26 | $ 77,105.37 |