ROB BONTA
 Attorney General of California
BRIAN D. WESLEY
 Supervising Deputy Attorney General
MATTHEW C. HEYN (SBN 227474)
 Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6232
 E-mail:  Matthew.Heyn@doj.ca.gov
*Attorneys for Creditor California Department of
Tax and Fee Administration*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>GRDN HOSPITALITY, LLC, d/b/a Three Weavers Brewing Company,<br><br>Debtor. | CASE NO. 2:25-bk-16321-DS<br><br>Chapter 11<br><br>**STIPULATION TO FURTHER CONTINUE HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM NO.  26**<br><br><u>Hearing</u><br>Date:    May 7, 2026<br>Time:    1:00 p.m.<br>Place:   Courtroom 1639<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

Debtor GRDN Hospitality, LLC ("Debtor") and the California Department of Tax and Fee Administration ("CDTFA"), by and through their counsel of record, (collectively, the "Parties") hereby stipulate to further extend CDTFA's deadline to respond to the Debtor's objection to its proof of claim and further continue the hearing on the claim objection based on the following facts:

**RECITALS**

1.    On August 8, 2025, the Debtor filed its *Schedule E/F* [Doc. 41], in which it listed the CDTFA as possessing a priority claim in the amount of $92,081.29.

1

2.     On December 17, 2025, CDTFA filed its proof of claim, Claim No. 26, in which the CDTFA asserts a priority claim in the amount of $659,483.20.

3.     On February 23, 2026, the Debtor filed its *Notice of Objection and Objection to Claim 26 Filed by the California Dept. of Tax and Fee Administration* [Doc. 126] (the "Claim Objection"). CDTFA's deadline to respond to the Claim Objection was originally March 24, 2026. The hearing on the Claim Objection is originally set for April 7, 2026. To allow the CDTFA to complete an audit of Debtor, the parties stipulated to extend its response deadline from March 24, 2026 to April 24, 2026 and stipulated to continue the hearing on the Claim Objection to May 7, 2026.

4.     CDTFA has completed its audit and found that the vast majority of the amounts in its proof of claim are not owed. However, CDTFA and the Debtor are presently working collaboratively to stipulate on the amounts owed.

5.     CDTFA has requested, and the Debtor has consented to, a brief extension of CDTFA's deadline to respond to the Claim Objection and a brief continuance of the hearing on the Claim Objection to allow the CDTFA to allow the parties to stipulate as to the allowed amount of CDTFA's claim.

<strong>STIPULATION</strong>

NOW, THEREFOR, the Parties stipulate, subject to Court approval, as follows:

1.     The deadline for CDTFA to respond to the Claim Objections is extended from April 24, 2026 to May 8, 2026.

2.     The hearing on the Claim Objection is continued from May 7, 2026 to May 21, 2026 at 1:00 p.m. in Courtroom 1639 of the above-captioned courthouse or the first date thereafter that is available on the Court's calendar.

3.     This Stipulation is without prejudice to further continuances of the hearing and the deadline to respond to the Claim Objection on consent of the Parties or showing of good cause.

2

3.      This Stipulation is without prejudice to further continuances of the hearing and the deadline to respond to the Claim Objection on consent of the Parties or showing of good cause.

IT IS SO STIPULATED.

DATED:  April 23, 2026

STRADLING YOCCA CARLSON & RAUTH LLP

By: _____
GREGORY K. JONES
Counsel for Debtor

DATED:  April 23, 2026

ROB BONTA
Attorney General of California

By: _____
MATTHEW C. HEYN
DEPUTY ATTORNEY GENERAL
*Attorneys for CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION*

LA2026800782
Bankruptcy Court Pleading-Central District.docx

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

   Office of the Attorney General, 300 So. Spring Street, Suite 1702, Los Angeles, California 90013

A true and correct copy of the foregoing document entitled (*specify*): _____
STIPULATION TO FUTHER CONTINUE HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM NO.  26
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/13/2026  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Howard Camhi     hcamhi@mrllp.com,
bankruptcy@mrllp.com;camhihr98234@notify.bestcase.com;wgenovese@mrllp.com;jkissinger@mrllp.com
Moriah Douglas Flahaut (TR)    df@echoparklegal.com, C194@ecfcbis.com;fritz@echoparklegal.com
Razmig Izakelian    razmigizakelian@quinnemanuel.com
Gregory K Jones     gjones@stradlinglaw.com, smjohnson@sycr.com;smjohnson@stradlinglaw.com
Raffi Khatchadourian    raffi@hemar-rousso.com
Bernard J Kornberg     bernie.kornberg@millernash.com, edgar.rosales@millernash.com
Carissa A Lynch    Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
Noreen A Madoyan     Noreen.Madoyan@usdoj.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/23/26 | Matthew Heyn | /s/ Matthew Heyn |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**