| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ROB BONTA<br> Attorney General of California<br>BRIAN D. WESLEY<br> Supervising Deputy Attorney General<br>MATTHEW C. HEYN (SBN 227474)<br> Deputy Attorney General<br>  300 South Spring Street, Suite 1702<br>  Los Angeles, CA  90013-1230<br>  Telephone:  (213) 269-6232<br>  E-mail:  Matthew.Heyn@doj.ca.gov<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* Cal. Dept. of Tax and Fee Administration | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION ▼

| In re:<br><br>GRDN HOSPITALITY, LLC, d/b/a<br>Three Weavers Brewing Company,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:25-bk-16321-DS<br><br>CHAPTER: 11    ▼<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>STIPULATION FURTHER CONTINUE<br>HEARING ON DEBTOR'S OBJECTION TO<br>PROOF OF CLAIM NO. 26 |
|---|---|

PLEASE TAKE NOTE that the order titled  ORDER ON STIPULATION TO FURTHER CONTINUE HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM NO.  26

was lodged on (*date*)   04/23/2026    and is attached.  This order relates to the motion which is docket number 176  .

---

[1]  Please abbreviate if title cannot fit into text field.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

ROB BONTA
 Attorney General of California
BRIAN D. WESLEY
 Supervising Deputy Attorney General
MATTHEW C. HEYN (SBN 227474)
 Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6232
 E-mail:  Matthew.Heyn@doj.ca.gov
*Attorneys for Creditor California Department of*
*Tax and Fee Administration*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>GRDN HOSPITALITY, LLC, d/b/a Three Weavers Brewing Company,<br><br>Debtor. | CASE NO. 2:25-bk-16321-DS<br><br>Chapter 11<br><br>**[PROPOSED] ORDER ON STIPULATION TO FUTHER CONTINUE HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM NO.  26** |

The Court has reviewed the *Stipulation to Further Continue Hearing on Debtor's Objection to Proof of Claim No.  26* (the "Stipulation") and has found good cause for approving it.  Therefore, it is hereby ORDERED:

1.     The Stipulation is approved.

2.     The deadline for the California Department of Tax and Fee Administration to respond to the *Objection to Claim 26 Filed by the California Dept. of Tax and Fee Administration* [Doc. 126] (the ("Claim Objection") is extended from April 24, 2026 to May 8, 2026.

1

3.     The hearing on the Claim Objection is continued from May 7, 2026 to May 21, 2026 at 1:00 p.m. in Courtroom 1639 of the above-captioned courthouse.

4.     The Stipulation and this Order are without prejudice to further continuances of the hearing and the deadline to respond to the Claim Objection on consent of the Parties or showing of good cause.

IT IS SO ORDERED.

DATED:  April 23, 2026

_____

HON. DEBORAH SALTZMAN

LA2026800782
Bankruptcy Court Pleading-Central District.docx

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Office of the Attorney General, 300 So. Spring Street, Suite 1702, Los Angeles, California 90013

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE _____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/13/2026   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Howard Camhi     hcamhi@mrllp.com,
bankruptcy@mrllp.com;camhihr98234@notify.bestcase.com;wgenovese@mrllp.com;jkissinger@mrllp.com
Moriah Douglas Flahaut (TR)     df@echoparklegal.com, C194@ecfcbis.com;fritz@echoparklegal.com
Razmig Izakelian     razmigizakelian@quinnemanuel.com
Gregory K Jones     gjones@stradlinglaw.com, smjohnson@sycr.com;smjohnson@stradlinglaw.com
Raffi Khatchadourian     raffi@hemar-rousso.com
Bernard J Kornberg     bernie.kornberg@millernash.com, edgar.rosales@millernash.com
Carissa A Lynch     Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
Noreen A Madoyan     Noreen.Madoyan@usdoj.gov
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 4/23/26 | Matthew Heyn | */s/ Matthew Heyn* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**