**FILED & ENTERED**

**MAY 04 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell  DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:25-bk-16321-DS |
| GRDN HOSPITALITY, LLC | Chapter 11 |
| Debtor. | **ORDER CONTINUING HEARING ON CONFIRMATION OF THE AMENDED PLAN OF REORGANIZATION** |

Based on the "Motion Requesting Continuance of Confirmation Hearing" (Docket No. 182) and the record in this case,

IT IS HEREBY ORDERED that the hearing on confirmation of "Debtor's Amended Chapter 11 Subchapter V Plan," currently set for May 5, 2026 at 1:00 p.m., is continued to June 18, 2026 at 1:00 p.m.

Date: May 4, 2026

Deborah J. Saltzman
United States Bankruptcy Judge