GREGORY K. JONES, State Bar No. 181072
   gjones@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
10100 N. Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Telephone:  424-214-7000
Facsimile:  424-214-7010

Reorganization Counsel for Debtor
GRDN Hospitality, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DIVISION OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In Re : | CASE NO. 2:25-bk-16321-DS |
| GRDN Hospitality, LLC, d/b/a Three Weavers Brewing Company, | Chapter 11 |
| Debtor. | **SECOND STIPULATION CONTINUING HEARING DATE ON MOTION TO VACATE ORDER AUTHORIZING REJECTION OF DISTRIBUTION AGREEMENT** |
| | Hearing<br>Date:  May 26, 2026<br>Time:  1:00 p.m.<br>Place:  Courtroom 1639<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

STRADLING YOCCA
CARLSON & RAUTH

# **STIPULATION**

The following stipulation (the "Stipulation") is entered into by and between GRDN Hospitality, LLC (the "Debtor") and Sunset Distributing, LLC ("Sunset"). This Stipulation is based on the following recitals:

A.     GRDN Hospitality, LLC (the "Debtor") filed a voluntary petition under chapter 11 of 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and elected subchapter V on July 24, 2025 (the "Petition Date").  The Debtor is operating its business and managing its financial affairs as a debtor in possession pursuant to §§ 1182(2) and 1184 of the Bankruptcy Code.

B.     The United States Trustee (the "UST") appointed M. Douglas Flahaut as the subchapter V trustee (the "Trustee") pursuant to 11 U.S.C. § 1183(a).

C.     On March 24, 2026, Sunset filed its "Motion to Vacate Order Authorizing Rejection of Distribution Agreement" (the "Motion to Vacate") [Docket No. 152].  A hearing on the Motion to Vacate is set for April 30, 2026.

D.     On April 16, 2026, the Debtor filed its "Opposition to Motion to Vacate Order Authorizing Rejection of Distribution Agreement" [Docket No. 172].

E.     On April 28, 2026, the Court entered an order continuing the hearing on the Motion to Vacate to May 26, 2026.

E.     Sunset and the Debtor have discussed a possible consensual resolution of the Motion to Vacate and desire additional time to potentially reach a resolution.

Based on the foregoing, the parties hereto stipulate and agree as follows:

1.     The hearing on the Motion to Vacate shall be continued to June 23, 2026, or such other later date authorized by the Court.

DATED:  May 22, 2026          STRADLING YOCCA CARLSON & RAUTH
                              LLP


                              By:  /s/ Gregory K. Jones
                                   *Gregory K. Jones*
                                   Counsel for Debtor

STRADLING YOCCA
CARLSON & RAUTH

-1-

DATED: May 26, 2026              CHRISTOPOULOS LAW GROUP


                                 By:  /s/Dimitrios G Christopoulos_____
                                      *Dimitrios G. Christopoulos*
                                      Counsel for Sunset Distributing, LLC

STRADLING YOCCA
CARLSON & RAUTH

-2-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 N. Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (specify): **Second Stipulation Continuing Hearing Date on Motion to Vacate Order Authorizing Rejection of Distribution Agreement**
will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **05/26/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   See Attached Service List

[ X ] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[  ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 05/26/26 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
The Honorable Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

[]Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/26/2026 | Suzanne Johnson | /s/ Suzanne Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

## *SERVICE LIST*

**2:25-bk-16321-DS Notice will be electronically mailed to:**

*Matthew Botting on behalf of Creditor Sunset Distributing LLC*
*matt.botting@yahoo.com*

*Howard Camhi on behalf of Creditor Manchester Business Park LLC*
*hcamhi@mrllp.com,*
*bankruptcy@mrllp.com;camhihr98234@notify.bestcase.com;wgenovese@mrllp.com*

*Moriah Douglas Flahaut (TR)*
*df@echoparklegal.com, C194@ecfcbis.com;fritz@echoparklegal.com*

*Matthew C. Heyn on behalf of Creditor California Department of Tax and Fee*
*Administration*
*Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com*

*Razmig Izakelian on behalf of Creditor LA Clippers LLC*
*razmigizakelian@quinnemanuel.com*

*Gregory K Jones on behalf of Debtor GRDN Hospitality, LLC*
*gjones@stradlinglaw.com, smjohnson@sycr.com;smjohnson@stradlinglaw.com*

*Raffi Khatchadourian on behalf of Creditor Alliance Funding Group*
*raffi@hemar-rousso.com*

*Raffi Khatchadourian on behalf of Interested Party Courtesy NEF*
*raffi@hemar-rousso.com*

*Bernard J Kornberg on behalf of Creditor Live Oak Banking Company*
*bernie.kornberg@millernash.com, edgar.rosales@millernash.com*

*Carissa A Lynch on behalf of Creditor CA Franchise Tax Board*
*Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov*

*Noreen A Madoyan on behalf of U.S. Trustee United States Trustee (LA)*
*Noreen.Madoyan@usdoj.gov*

*United States Trustee (LA)*
*ustpregion16.la.ecf@usdoj.gov*