| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STRADLING YOCCA CARLSON & RAUTH LLP<br>Gregory K. Jones (SBN 181072)<br>gjones@stradlinglaw.com<br>10100 N. Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067<br>Telephone:  (424) 214-7000<br>Facsimile:  (424) 214-7010<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for:*  GRDN Hospitality | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| In re:<br><br>GRDN Hospitality, LLC, d/b/a Three Weavers Brewing Company,<br><br><br><br>Debtor(s). | CASE NO.: 2:25-bk-16321-DS<br><br>CHAPTER:<br><br>**AMENDED**<br>**PLAN BALLOT SUMMARY**<br><br>*(NOTE:  The Plan Proponent must file a Plan Ballot Summary at least 1 day prior to the Confirmation Hearing.)*<br><br>DATE: 06/18/2026<br>TIME: 1:00 pm<br>COURTROOM: 1639<br>ADDRESS: 255 East Temple Street<br>　　　　　　Los Angeles, CA 90012 |

1. Proponent of Plan (*specify name*): GRDN Hospitality, LLC

2. Are there any competing plans filed with the court?　　☐ Yes　　☒ No

3. Is a cramdown requested?　　☐ Yes　　☒ No

4. Unimpaired classes (*specify class numbers*): 2

5. Impaired classes (*specify class numbers*): 1, 3, 4

6. Has any impaired class approved the Plan?　　☒ Yes　　☐ No
   (*If YES, specify which class or classes*): 1, 3

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

7. Pursuant to 11 U.S.C. § 1126(c), only the actual ballots cast are counted to determine whether a given class has voted to accept or reject the plan. That section further provides that a class will have accepted the plan if voting creditors in such class holding at least **two-thirds in amount** and more **than one-half in number** have voted to accept the plan.

The following is a summary by creditor class of the ballots that were returned in a timely manner (an example is included on the following page):

| Class | Impaired? | Total number of claims voted by members of class (N) | Number of claims voted in favor of accepting the plan (A) and rejecting the plan (R) | Percentage accepting (A ÷ N) | Aggregate dollar amount of claims voted by members of class (Amt) | Dollar amount of claims voted in favor of accepting the plan (A) and rejecting the plan (R) | Percentage accepting (A ÷ Amt) |
|---|---|---|---|---|---|---|---|
| | | **Number** | | | **Amount** | | |
| 1 | Y | (N) 1 | (A) 1 (R) 0 | 100.00% | (Amt) $698,312.63 | (A) $698,312.63 (R) | 100.00% |
| 3 | Y | (N) 5 | (A) 3 (R) 2 | 60.00% | (Amt) $2,468,988.01 | (A) $1,862,311.05 (R) $606,676.96 | 75.43% |
| | | (N) | (A) (R) | 0.00% | (Amt) | (A) (R) | 0.00% |
| | | (N) | (A) (R) | 0.00% | (Amt) | (A) (R) | 0.00% |
| | | (N) | (A) (R) | 0.00% | (Amt) | (A) (R) | 0.00% |
| | | (N) | (A) (R) | 0.00% | (Amt) | (A) (R) | 0.00% |
| | | (N) | (A) (R) | 0.00% | (Amt) | (A) (R) | 0.00% |
| | | (N) | (A) (R) | 0.00% | (Amt) | (A) (R) | 0.00% |
| | | (N) | (A) (R) | 0.00% | (Amt) | (A) (R) | 0.00% |
| | | (N) | (A) (R) | 0.00% | (Amt) | (A) (R) | 0.00% |

☐ *see attached continuation page*

Comments:

Date: 06/10/2026

/s/ Gregory K. Jones
_____
Signature of Debtor, or attorney for Debtor

Gregory K. Jones
_____
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## EXAMPLE OF VOTING SUMMARY TABLE

The following is an example of a voting summary for an individual debtor's plan:

| Class | Impaired? | Number | | | Amount | | |
|---|---|---|---|---|---|---|---|
| | | Total number of claims voted by members of class (N) | Number of claims voted in favor of accepting the plan (A) and rejecting the plan (R) | Percentage accepting (A ÷ N) | Aggregate dollar amount of claims voted by members of class (Amt) | Dollar amount of claims voted in favor of accepting the plan (A) and rejecting the plan (R) | Percentage accepting (A ÷ Amt) |
| Class 1(a) | No | (N) | (A)<br>(R) | | (Amt) | (A)<br>(R) | |
| Class 1(b) | Yes | (N) 1 | (A) 1<br>(R) 0 | 100% | (Amt) $52,767.98 | (A) $52,767.98<br>(R) $0.00 | 100% |
| Class 2(a) | Yes | (N) 0 | (A)<br>(R) | | (Amt) | (A)<br>(R) | |
| Class 2(b) | Yes | (N) 1 | (A) 0<br>(R) 1 | 0% | (Amt) $469,756.40 | (A) $0.00<br>(R) $469,756.40 | 0% |
| Class 3 | No | (N) | (A)<br>(R) | | (Amt) | (A)<br>(R) | |
| Class 4 | Yes | (N) 11 | (A) 7<br>(R) 4 | 63.6% | (Amt) $12,536.84 | (A) $7,511.10<br>(R) $5,025.74 | 59.9% |
| Class 5 | No | (N) | (A)<br>(R) | | (Amt) | (A)<br>(R) | |
| | | (N) | (A)<br>(R) | | (Amt) | (A)<br>(R) | |
| | | (N) | (A)<br>(R) | | (Amt) | (A)<br>(R) | |
| | | (N) | (A)<br>(R) | | (Amt) | (A)<br>(R) | |

Comments: XYZ's vote in Class 4 to reject the plan was not counted because it was returned untimely on 1/14/14.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

| | |
|---|---|
| GREGORY K. JONES, State Bar No. 181072<br>STRADLING YOCCA CARLSON & RAUTH LLP<br>10100 N. Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067<br>gjones@stradlinglaw.com<br>Telephone: 424-214-7000    Facsimile: 424-214-7010 | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 11<br><br>CASE NO.: 2:25-bk-16321-DS |
| In re:<br><br>    GRDN Hospitality, LLC,<br>    d/b/a Three Weavers<br>    Brewing Company            Debtor. | DATE: May 5, 2026<br>TIME: 1:00 p.m.<br>CTRM: 1639 |

## BALLOT FOR ACCEPTING OR REJECTING PLAN

1. Proponent of Plan, Debtor and Debtor in Possession GRDN Hospitality, LLC, d/b/a Three Weavers Brewing Company has filed its Amended Plan of Reorganization ("Plan") on February 20, 2026, for the Debtor in this case. **By this ballot you will vote to accept or reject this Plan.** The Plan has been sent to you with the Ballot. You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If the Plan is confirmed by the Court, it will be binding on you whether or not you vote. Only timely completed and returned Ballots will be counted. **To vote, please complete the information on the lines below:**

2. The undersigned hereby votes its claim.

   Creditor:  **L i v e   O a k   B a n k i n g   C o m p a n y**

   Claim:      2-1

   Circle Class:     Class 1 – Live Oak Bank                Class 3 – General Unsecured Claims

### ACCEPTANCE OR REJECTION OF THE PLAN

3. The undersigned is the holder of a Class 1 Claim in the amount of $698,312.63 (Claim 2-1), and two Class 3 Claims in the amount of $1,617,417.97 (Claim 2-1) and $201,064.08 (Class 3-1).

4. The undersigned ___**x**___ Accepts the Plan _____ Rejects the Plan

Dated: April 24, 2026

Name:   Bernie Kornberg

Title:    Counsel for Live Oak Banking Company

Address: 340 Golden Shore, Ste 450, Long Beach, CA 90802

Signature: _Bernl Kirbuy_


To have your vote count, a completed ballot must be received by no later than **March 13, 2026, by 5:00 p.m.**

Please return this Ballot to: **Attention: Gregory K. Jones, Esq.**
**Stradling Yocca Carlson & Rauth LLP**
**10100 N. Santa Monica Blvd., Suite 1450**
**Los Angeles California 90067**
**email: gjones@stradlinglaw.com**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10100 N. Santa Monica Blvd., Suite 1450, Los Angeles, CA 90067

**AMENDED**

A true and correct copy of the foregoing document entitled: **PLAN BALLOT SUMMARY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/10/2026    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:


See Attached Service List


☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/10/2026    , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
The Honorable Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/10/2026 | Suzanne Johnson | /s/ Suzanne Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*          Page 4          **F 3018-2.PLAN.BALLOT.SUMMARY**

## *SERVICE LIST*

**2:25-bk-16321-DS Notice will be electronically mailed to:**

*Matthew Botting on behalf of Creditor Sunset Distributing LLC
matt.botting@yahoo.com*

*Howard Camhi on behalf of Creditor Manchester Business Park LLC
hcamhi@mrllp.com,
bankruptcy@mrllp.com;camhihr98234@notify.bestcase.com;wgenovese@mrllp.com*

*Moriah Douglas Flahaut (TR)
df@echoparklegal.com, C194@ecfcbis.com;fritz@echoparklegal.com*

*Matthew C. Heyn on behalf of Creditor California Department of Tax and Fee
Administration
Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com*

*Razmig Izakelian on behalf of Creditor LA Clippers LLC
razmigizakelian@quinnemanuel.com*

*Gregory K Jones on behalf of Debtor GRDN Hospitality, LLC
gjones@stradlinglaw.com, smjohnson@sycr.com;smjohnson@stradlinglaw.com*

*Raffi Khatchadourian on behalf of Creditor Alliance Funding Group
raffi@hemar-rousso.com*

*Raffi Khatchadourian on behalf of Interested Party Courtesy NEF
raffi@hemar-rousso.com*

*Bernard J Kornberg on behalf of Creditor Live Oak Banking Company
bernie.kornberg@millernash.com, edgar.rosales@millernash.com*

*Carissa A Lynch on behalf of Creditor CA Franchise Tax Board
Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov*

*Noreen A Madoyan on behalf of U.S. Trustee United States Trustee (LA)
Noreen.Madoyan@usdoj.gov*

*United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov*