GREGORY K. JONES, State Bar No. 181072
  gjones@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
10100 N. Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Telephone:  424-214-7000
Facsimile:  424-214-7010

Counsel for Debtor
GRDN HOSPITALITY, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DIVISION OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | CASE NO. 2:25-bk-16321-DS |
| GRDN HOSPITALITY, LLC, d/b/a Three Weavers Brewing Company, | Chapter 11 |
| Debtor. | **SUPPLEMENTAL DECLARATION OF LYNNE WEAVER IN SUPPORT OF PLAN CONFIRMATION** |
| | **<u>Confirmation Hearing</u>:** |
| | Date:  June 18, 2026<br>Time:  1:00 p.m.<br>Place:  Courtroom 1639<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

STRADLING YOCCA
CARLSON & RAUTH

# SUPPLEMENTAL DECLARATION OF LYNNE WEAVER

I, Lynne Weaver, declare as follows:

I am the CEO/Manager of GRDN Hospitality, LLC, d/b/a Three Weavers Brewing Company ("the "Debtor"). As CEO/Manager, I am generally familiar with the Debtor's business, financial condition, policies and procedures, day to day operations and books and records. Except as otherwise indicated, the facts set forth in this declaration (the "Declaration") are based upon my personal knowledge, my review of relevant documents, information provided to me by employees and consultants working under my supervision, or my opinions based on experience, knowledge, and information concerning the Debtor's operations and financial condition. If called upon to testify, I would testify competently to the facts as set forth in the Declaration.

1. On February 20, 2026, the Debtor filed its "Debtor's Amended Chapter 11 Subchapter V Plan" (the "Plan") [Docket No. 123]. Pages 12 through 14 of the Plan set forth proposed payments of projected disposable income for the five year term of the Plan. I worked with my counsel to prepare this part of the Plan.

2. Approximately four (4) months later, and in preparation for the hearing on confirmation of the Plan, I determined that it was appropriate to modify the monthly schedule. The Debtor commits to making payments of ninety percent (90%) of its quarterly net cash flow as projected disposable income.

3. As set forth in paragraph 6, *infra*, the Debtor proposes to pay a <u>minimum</u> of $612,000 over 60 months to creditors under the Plan.

4. The Debtor has worked and continues to significantly reduce its administrative and tax claims (most importantly, the claim of the CDTFA) to less than $605,000. Additionally, the Debtor is in active negotiations with the Internal Revenue Service [Claim No. 14] and the Los Angeles County Treasurer and Tax Collector [Claim No. 23] about the reduction of their priority claims. I believe that

-1-

STRADLING YOCCA
CARLSON & RAUTH

4897-6772-2937v1/105909-0004

these claims may collectively be reduced by $150,000.  Further, as provided in the Live Oak Stipulation (as such term is defined in the Plan), the Debtor may be selling certain equipment and turning over the proceeds to Live Oak, which could have the effect of lowering regular monthly expenses, thereby freeing up additional money to pay to creditors under the schedule set forth below.

5.      The Debtor reserves the right to pay more than the minimum amount when it possess sufficient funds so as to make payments to priority tax claimants earlier.  Due to the Debtor's cyclical financial year, the Debtor reserves the right to apply payments over the minimum monthly amount towards future monthly payments due to the cyclical nature of the Debtor's business.

6.      The following table sets forth the proposed payment schedules:

| Monthly Payment No. | Amount |
| --- | --- |
| 1 | Min:$0 |
| 2 | Min:$1,500 |
| 3 | Min:$1,500 |
| 4 | Min:$1,500 |
| 5 | Min:$0 |
| 6 | Min:$0 |
| 7 | Min:$0 |
| 8 | Min:$0 |
| 9 | Min:$0 |
| 10 | Min:$3,000 |
| 11 | Min:$7,000 |
| 12 | Min:$15,000 |
| 13 | Min:$15,000 |
| 14 | Min:$15,000 |
| 15 | Min:$9,000 |

STRADLING YOCCA
CARLSON & RAUTH

-2-

4897-6772-2937v1/105909-0004

| 16 | Min:$7,000 |
| 17 | Min:$3,000 |
| 18 | Min:$3,000 |
| 19 | Min:$1,000 |
| 20 | Min:$1,000 |
| 21 | Min:$1,000 |
| 22 | Min:$5,000 |
| 23 | Min:$12,000 |
| 24 | Min:$20,000 |
| 25 | Min:$20,000 |
| 26 | Min:$20,000 |
| 27 | Min:$17,000 |
| 28 | Min:$13,000 |
| 29 | Min:$5,000 |
| 30 | Min:$5,000 |
| 31 | Min:$3,000 |
| 32 | Min:$3,000 |
| 33 | Min:$3,000 |
| 34 | Min:$8,000 |
| 35 | Min:$16,000 |
| 36 | Min:$25,000 |
| 37 | Min:$25,000 |
| 38 | Min:$25,000 |
| 39 | Min:$19,000 |
| 40 | Min:$16,000 |
| 41 | Min:$7,000 |
| 42 | Min:$7,000 |

STRADLING YOCCA
CARLSON & RAUTH

-3-

| 42 | Min:$7,000 |
|----|-----------|
| 43 | Min:$4,000 |
| 44 | Min:$4,000 |
| 45 | Min:$4,000 |
| 46 | Min:$10,000 |
| 47 | Min:$18,000 |
| 48 | Min:$26,000 |
| 49 | Min:$26,000 |
| 50 | Min:$26,000 |
| 51 | Min:$20,000 |
| 52 | Min:$17,000 |
| 53 | Min:$8,000 |
| 54 | Min:$8,000 |
| 55 | Min:$5,000 |
| 56 | Min:$5,000 |
| 57 | Min:$5,000 |
| 58 | Min:$12,000 |
| 59 | Min:$28,000 |
| 60 | Min:$28,000 |

I declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 29th day of June 2026, at Inglewood, California.

Lynne Weaver

STRADLING YOCCA
CARLSON & RAUTH

-4-

4897-6772-2937v1/105909-0004

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 N. Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (specify): **Supplemental Declaration of Lynne Weaver in Support of Plan Confirmation**
will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **06/29/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    See Attached Service List

[ X ] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date)    **06/29/2024**            , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    See Attached Mailing List

[ X ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date)  06/29/2026    , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
The Honorable Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/29/2026 | Suzanne Johnson | /s/ Suzanne Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

## *SERVICE LIST*

**2:25-bk-16321-DS Notice will be electronically mailed to:**

*Matthew Botting on behalf of Creditor Sunset Distributing LLC*
*matt.botting@yahoo.com*

*Howard Camhi on behalf of Creditor Manchester Business Park LLC*
*hcamhi@mrllp.com,*
*bankruptcy@mrllp.com;camhihr98234@notify.bestcase.com;wgenovese@mrllp.com*

*Moriah Douglas Flahaut (TR)*
*df@echoparklegal.com, C194@ecfcbis.com;fritz@echoparklegal.com*

*Matthew C. Heyn on behalf of Creditor California Department of Tax and Fee*
*Administration*
*Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com*

*Razmig Izakelian on behalf of Creditor LA Clippers LLC*
*razmigizakelian@quinnemanuel.com*

*Gregory K Jones on behalf of Debtor GRDN Hospitality, LLC*
*gjones@stradlinglaw.com, smjohnson@sycr.com;smjohnson@stradlinglaw.com*

*Raffi Khatchadourian on behalf of Creditor Alliance Funding Group*
*raffi@hemar-rousso.com*

*Raffi Khatchadourian on behalf of Interested Party Courtesy NEF*
*raffi@hemar-rousso.com*

*Bernard J Kornberg on behalf of Creditor Live Oak Banking Company*
*bernie.kornberg@millernash.com, edgar.rosales@millernash.com*

*Carissa A Lynch on behalf of Creditor CA Franchise Tax Board*
*Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov*

*Noreen A Madoyan on behalf of U.S. Trustee United States Trustee (LA)*
*Noreen.Madoyan@usdoj.gov*

*United States Trustee (LA)*
*ustpregion16.la.ecf@usdoj.gov*

*Mailing List*

1 Touch Office Technology
PO Box 2226
Gardena, CA 90247

Airgas National Carbonation
PO Box 734673
Dallas, TX 75373-4673

Airgas USA LLC
PO Box 102289
Pasadena, CA 91189-2289

American Express Credit Card
American Express Business
PO Box 981535
El Paso, TX 79998-1535

Anachem Laboratories, LLC
140 Standard St
El Segundo, CA 90245-3832

Anthem Health Ins
Anthem Blue Cross
PO Box 659960
San Antonio, TX 78265-9146

Beleza Designs LLC
Attn General
62 Azure Pass Dr
Katy, TX 77494

Belmark Inc
PO Box 8814
Carol Stream, IL 60197-8814


Berkeley Yeast
2451 Peralta St
Oakland, CA 94607


Blue Label
3750 Lancaster New Lexington Rd SE
Lancaster, OH 43130


Brewers Association
PO Box 1679
Boulder, CO 80306


BSG Craftbrewing
Attn BSG
PO BOX 74769
Chicago, IL 60694-4769


California Bank & Trust Visa Card
California Bank & Trust
PO Box 85861
San Diego, CA 92186-5861


California Department of Tax
and Fee Administration
PO Box 942879
Sacramento, CA 94279-0055


California Craft Brewers Association
PO Box 807
Sacramento, CA 95812

California Franchise Tax Board
PO Box 942857
Sacramento,  CA  94257-0531

Cameron Welding Supply
PO Box 266
Stanton, CA 90680

Citibank-Citi.com
Citi Advantage Credit Card
PO Box 70166
Philadelphia, PA 19176-0166

City of Inglewood
PO Box 743543
Los  Angeles,  CA  90074-3543

CLS  Farms
7810 Robillard Road
Moxee, WA 98936

Concur Technologies Inc
62157 Collections Center Drive
Chicago, IL 60693

Crosby Hops
18564 Arbor Grove Rd NE
Woodburn, OR 97071

Crowler  Nation
Attn Crowler Accounting Team
1820 Industrial Circle
Longmont, CO 80501

Crown Carton Company Inc
1820 E 48th Pl Unit C
Los Angeles, CA 90058

Cucamonga Medical Equipment
and Supplies
8400 Maple Place Suite 104
Rancho Cucamonga, CA 91730

D & D Engineering
119 W Hyde Park Blvd
Inglewood, CA 90302

Department of the Treasury Alcohol
and Tobacco Tax and Trade Bureau
PO Box 790353
St. Louis, MO 63179-0353

Dept of Industrial Relations
PO Box 511232
Los Angeles, CA 90051-3030

Dewey Pest Control
PO Box 7114
Pasadena, CA 91109-7214

DMM Packaging Inc
2401 Simpson St Ste A
Kingsburg, CA 93631

Don Thornburgh
466 Foothill Boulevard #220
La Canada Flintridge, CA 91011

Equipment Depot
12393 Slauson Ave
Whittier, CA 90606


Eurofins Microbiology
Laboratories Inc
8430 W Bryn Mawr Ave
Chicago, IL 60631


Fer studio
Attn Fer studio
1159 East Hyde Park Blvd
Inglewood, CA 90302


First Rate Electric
Attn Neville Milburn
5608 Clearsite St
Torrance, CA 90505-3254


Future Plan by Ascencus
23693 Network Place
Chicago, IL 60673-1236


Givaudan Flavors Corporation
1199 Edison Dr
Cincinnati, OH 45216


Grandstand
PO Box 3497
Wichita, KS 67201


Greater Los Angeles Zoo Association
5333 Zoo Drive
Los Angeles, CA 90027

GS1 US Inc
Dept 781271
PO Box 78000
Detroit, MI 48278-1271

Hemann Trust
7500 Agnew Ave
Los Angeles, CA 90045

Indie Hops
2505 SE 11th Avenue
Portland, OR 97202

InTouch Labels & Packaging
12 Technology Drive
North Chelmsford, MA 01863

Kaiser
PO Box 741562
Los Angeles, CA 90074-1562

Key Air Conditioning Co
10905 Laurel Ave
Santa Fe Springs, CA 90670

KHS USA Inc
PO Box 681014
Chicago, IL 60695-2014

KJ Can West LLC (Can-One)
1441 Huntington Drive
South Pasadena, CA 91030

LAX Equipment Inc
830 West Florence Avenue
Inglewood, CA 90301


Leverage House
1717 Capitol Ave
Sacramento, CA 95811


Linwood Engineering Inc
Attn AP
2301 Dupont Drive
Irvine, CA 92612


Live Oak Bank
Attn Keilah Spooner Assoc SA OfcSBB
1757 Tiburon Drive
Wilmington, NC 28403


Live Oak Line of Credit
1741 Tiburon Dr
Wilmington, NC 28403


Live Oak SBA Loan
1741 Tiburon Dr
Wilmington, NC 28403


Long Beach Jerky Co
1859 Berkshire Drive
Fullerton, CA 92833


Los Angeles County Fire Department
PO Box 513148
Los Angeles, CA 90051-1148

Los Angeles County
Sanitation District
PO Box 4998
Whittier, CA 90607-4998

Los Angeles County Tax Collector
Attn Bankruptcy Unit
PO Box 54110
Los  Angeles,  CA  90054-0110

Lyneer Staffing
PO Box 88911
Milwaukee,  WI  53288-8911

Manchester Business Park 8740
S Sepulveda Blvd
Ste 100
Los  Angeles,  CA  90045

McCune Mechanical
174441 Brooklyn Avenue
Yorba Linda, CA 92886

MCG Boilers Inc
PO Box 913
Chino Hills, CA 91709

Microstar Keg Management LLC
PO BOX 912392
Denver, CO 80291-2391

Motus LLC
1 Beacon Street, Floor 15
Boston, MA 02108

MUN CPAs
2901 Douglas Blvd
Ste 290
Roseville, CA 95661

Oregon Fruit Products LLC
Attn Chris
PO Box 13490
Salem, OR 97309

Pneumatic Scale Angelus
25236 Network Place
Chicago, IL 60673-1252

Pro Refrigeration Inc
326 8th Street SW
Auburn, WA 98001

Prospero Equipment Corporation
7787 Bell Road
Windsor, CO 95492

Saxco
PO Box 848701
Los Angeles, CA 90084-8701

So Cal Gas
PO Box C
Monterey Park, CA 91756-5111

Southern California Edison
1551 W San Bernardino Road
Covina CA 91722-3407

Sovereign Flavors Inc
Attn Belen
4020 W Chandler Ave
Santa Ana, CA 92704

Sovos Compliance LLC
PO Box 347977
Pittsburgh, PA 15251-4977

Spectrum Business
PO Box 60074
City of Industry, CA 91716-0074

Swift Chip Inc
9415 Culver Blvd
Culver City, CA 90232

Systems Interface Inc
10802 47th Ave W
Mukilteo, WA 98275

The Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045

Troy Scarlott
7105 Hillgreen Drive
Dallas, TX 75214

Twining
2883 East Spring St
Ste 300
Long Beach, CA 90806


Uline
PO Box 88741
Chicago, IL 60680-1741


UPS
28013 Network Pl
Chicago, IL 60673-1280


Vantaggio HR Ltd
31726 Rancho Viejo Rd
Ste 202
San Juan Capistrano, CA 92675


Verizon
PO Box 660108
Dallas, TX 75266-0108


VIP
402 Watertower Cir
Colchester, VT 05446


WHC Lab
Prospect Lower, Newcastle
Wicklow, Co A63H0K8


Yakima Chief Hops LLC
Attn YCH Orders
306 Division St
Yakima, WA 98902

Yervant Krikorian
1555 Temescal Ave
Norco, CA 92860


Zee Company Inc
412 Georgia Ave Ste 300
Chattanooga, TN 37403


Zion Packaging (formerly Aluminati)
1695 California Avenue
Corona, CA 92881


Doug Flahaut
Echo Park Legal, APC
2210 W. Sunset Blvd., #301
Los Angeles, CA 90026


Bernie Kornberg
Miller Nash LLP
340 Golden Shore, Ste 450
Long Beach, CA 90802


City of Inglewood
One Manchester Boulevard
Inglewood, CA 90301


Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0002

Alliance Funding Group
Attn Brian Knox, CLFP
Legal Recovery Manager
18231 Irvine Boulevard
Tustin, CA 92780

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017


Noreen A Madoyan
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017


Carissa A Lynch
CA Franchise Tax Board
P. O. Box 1720
Mail Stop: A-260
Rancho Cordova, CA 95741-1720


CDTFA
PO Box 942840
Sacramento, CA 94240


Los Angeles County Tax Collector
225 N Hill St #1
Los Angeles, CA 90012


Country Malt Group
PO Box 51602
Los Angeles, CA 90051


Lynne M. Weaver
18025 Sandy Cape Drive
Pacific Palisades, CA 90272


Fora Financial West LLC
Attn Jared D. Feldman
519 8th Avenue 11th Floor
New York, NY 10018-4581

Vox Funding, LLC
Attn Scott Greenberg
100 Park Ave 30th Floor New
York, NY 10017 -5516


MicroStar Keg Management, LLC
2401 15th Street
Denver, CO 80202
Attention:  Todd Erickson


Manchester Business Park
c/o ANR Asset Management Brokerage
8740 S. Sepulveda Blvd., #100
Westchester, CA 90045


Howard Camhi, Esq.
Michelman Robinson
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024


David Jordan
Bankruptcy Specialist
IRS
1220 SW Third Avenue, Suite G-O44
Portland, OR 97204


Brian Knox
Legal Recovery Manager
Alliance Funding Group
18321 Irvine Blvd.
Tustin, CA 92780