| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GREGORY K. JONES, State Bar No. 181072<br>gjones@stradlinglaw.com<br>STRADLING YOCCA CARLSON & RAUTH LLP<br>10100 N. Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067<br>Telephone:  424-214-7000<br>Facsimile:  424-214-7010 | |
| ☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* GRDN Hospitality, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>GRDN Hospitality, LLC, d/b/a Three Weavers Brewing Company,<br><br><br><br><br>Debtor(s) | CASE NO.: 2:25-bk-16321-DS |
|---|---|
| | CHAPTER: 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion*[1]):<br>  DEBTOR'S AMENDED CHAPTER 11<br>SUBCHAPTER V PLAN |

PLEASE TAKE NOTE that the order titled   ORDER CONFIRMING DEBTOR'S AMENDED CHAPTER 11 SUBCHAPTER V PLAN

was lodged on (*date*)   06/29/2026   and is attached.  This order relates to the motion which is docket number  123 .

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Monday, June 29, 2026

CONFIRMATION :

Your Lodged Order Info:
( **11351442.docx** )
A new order has been added

- **Office**:  Los Angeles
- **Case Title**:  GRDN Hospitality, LLC
- **Case Number**:  25-16321
- **Judge Initial**:  DS
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  123
- **On Date**:  06/29/2026 @ 02:45 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

GREGORY K. JONES, State Bar No. 181072
  gjones@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
10100 N. Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Telephone:  424-214-7000
Facsimile:  424-214-7010

Counsel for Debtor
GRDN Hospitality, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DIVISION OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In Re : | Case No. 2:25-bk-16321-DS |
| GRDN Hospitality, LLC, d/b/a Three Weavers Brewing Company, | Chapter 11 |
| Debtor. | **ORDER CONFIRMING DEBTOR'S AMENDED CHAPTER 11 SUBCHAPTER V PLAN** |
| | Confirmation Hearing: |
| | Date:  June 18, 2026<br>Time:  1:00 p.m.<br>Place:  Courtroom 1639<br>      255 E. Temple Street<br>      Los Angeles, CA 90012 |

STRADLING YOCCA
CARLSON & RAUTH

4919-8347-7943v1/105909-0004

A hearing was held at the above time and place (the "Confirmation Hearing") on the "Debtor's Amended Chapter 11 Subchapter V Plan" (the "Plan") [Docket No. 123] filed by the debtor and debtor in possession GRDN Hospitality, LLC, d/b/a Three Weavers Brewing Company, LLC (the "Debtor")[1] in the above captioned chapter 11, subchapter V bankruptcy case (the "Bankruptcy Case"). Appearances were noted on the record.

The Court has reviewed and considered the Plan, all notices, exhibits, declarations, and other documents filed in support thereof and in response hereto, the record in this case, and the arguments and representations of counsel at the Confirmation Hearing.  No objections to the Plan were filed.  Based on this record and for the reasons stated on the record at the Confirmation Hearing, the Court has determined that the Plan satisfies the requirements of § 1191(a)[2] and meets all applicable requirements of Bankruptcy Code §§ 1122, 1123, 1125, 1129, 1190, and 1191(b), and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Plan is confirmed pursuant to § 1191(a), and the Plan is incorporated into this Confirmation Order by reference as if it had been attached hereto as an Exhibit.  In the event of any inconsistency between the Plan and the provisions of this order (the "Confirmation Order"), the provisions of this order are controlling.

2.      The Debtor or the Reorganized Debtor, as the case may be, is authorized to execute and deliver any and all documents and instruments and take any and all actions necessary or desirable to implement the Plan, this Confirmation Order, and any other transactions contemplated under those documents.  To effectuate these transactions and the Plan, the Debtor or Reorganized Debtor, as

---

[1]      Capitalized terms not defined herein are used as defined in the Plan.

[2]      All references to "§" without reference to a specific code are references to the Bankruptcy Code, 11 U.S.C. § 101 *et seq.*

STRADLING YOCCA
CARLSON & RAUTH

-1-

the case may be, is authorized – without any further notice or application to or order of this court – to execute, deliver, file, or record any documents and take any other actions that are necessary or desirable to implement the Plan and this Confirmation Order, regardless of whether such actions or documents are specifically referred to in the Plan or this Confirmation Order.  To the extent that, under applicable nonbankruptcy law, any of these actions otherwise would require the consent or approval of the shareholder of the Debtor or Reorganized Debtor, this Confirmation Order constitutes that consent and approval.

3.    For the avoidance of doubt, during the 60-month term of the Plan, the Reorganized Debtor will make Total Plan Payments to holders of allowed claims in the manner and priority described in the Plan.  The Debtor may prepay any group or class of allowed claimholders early, without penalty.

4.    The Reorganized Debtor will have the sole authority and standing to file any objections to claims, and the Court retains jurisdiction over the Debtor, the Reorganized Debtor, and the Bankruptcy Case to resolve such objections to claims. To the extent that a claim is subject to dispute at the time of any distribution, such creditor will not receive any distribution on the claim, and if such claim is eventually allowed, the creditor will receive payment of the amount previously withheld, subject to adjustment to the extent the allowed amount of such claim is below or above the amount the Debtor had calculated for purposes of setting aside the distribution on account of such claim.

5.    The Effective Date of the Plan will be 15 business days following the date of entry of this Confirmation Order and the satisfaction or waiver by the Debtor of the condition on the Effective Date that (a) there not be any stay in effect with respect to this Confirmation Order; and (b) this Confirmation Order is not the subject of any appeal or rehearing.

6.    Except as otherwise provided in this Confirmation Order or the Plan, the treatment set forth in the Plan will be in full and complete satisfaction of the

STRADLING YOCCA
CARLSON & RAUTH

-2-

4919-8347-7943v1/105909-0004

legal, contractual, and equitable rights that each entity holding a claim or an equity interest may have in or against the Debtor, the Estate, the Reorganized Debtor, or any of their respective property.  This treatment supersedes and replaces any agreements or rights those entities may have in or against the Debtor, the Estate, the Reorganized Debtor, or any of their respective property.

7.      Claimholders will not receive any distribution from the Estate or the Reorganized Debtor other than as specifically set forth in the Plan.  The amounts of actual distributions made under the Plan on account of Class 3 – General Unsecured Claims are subject to the amounts distributed to Allowed Administrative Claims, Allowed Priority Tax Claims, and Allowed Unsecured Priority Claims.

8.      Pursuant to Article V.C of the Plan, the Reorganized Debtor will serve as the disbursing agent for the purpose of making all payments provided for in the Plan.

9.      The provisions of the Plan and this Confirmation Order are binding on the Debtor, the Reorganized Debtor, the Estate, the Trustee and any and all of the Estate's creditors, equity holders, and/or any other claim and/or interest holder, whether or not:  (i) a proof of claim based on such a debt was filed or deemed filed under § 501; (ii) such claim is allowed under § 502; or (iii) the holder of such claim has accepted the Plan.

10.     Any judgment at any time obtained in any other court, to the extent that such judgment is a determination of the liability of the Debtor with respect to any debt that is discharged under the Plan, is void without further action required by any parties.

11.     Upon payment in full of the Class 1 Allowed Secured Claim of Live Oak Bank ("Live Oak"), Live Oak's lien against the collateral securing its allowed claim will be deemed void and of no further effect.  Notwithstanding the foregoing, upon the Reorganized Debtor's completing the payments set for the Class 1

STRADLING YOCCA
CARLSON & RAUTH

-3-

4919-8347-7943v1/105909-0004

Allowed Secured Claim of Live Oak, or any other successor to Live Oak with respect to its allowed secured claim, Live Oak (or its successor) must promptly prepare and record with the California Secretary of State's office a UCC-3 termination statement, terminating its lien against all collateral securing its Allowed Secured Claim.

12.     Following the entry of this Confirmation Order, any professional fees and costs that the Reorganized Debtor incurs after the Effective Date will be paid in the ordinary course of business and without the need for court approval. However, any professional fees and costs incurred prior to the Effective Date will remain subject to court review and approval, following the filing of the appropriate pleadings and hearings.  Applications for allowance and payment of professionals' fees and costs incurred prior to the Effective Date must be filed by no later than 30 days after entry of this Effective Date.

13.     Notwithstanding the entry of this Confirmation Order or the occurrence of the Effective Date, the court will retain jurisdiction over the Bankruptcy Case after the Effective Date as set forth in the Plan, to the fullest extent permitted by law in a plan confirmed under § 1191.

14.     No later than October 1, 2026, the Reorganized Debtor must file a status report explaining what progress has been made toward consummation of the confirmed Plan.  The initial report must be served on the United States Trustee, the Trustee, Live Oak, holders of Allowed Priority Claims, the 20 largest unsecured creditors, and those parties that have requested special notice.  Further reports must be filed every 120 days thereafter and served on the same entities, unless otherwise ordered by the court until such date as the Plan is substantially consummated.  A post-confirmation status conference will be held on _____ at 1:00 p.m. (Pacific Time) in courtroom 1639, 255 East Temple Street, Los Angeles, CA 90012.

STRADLING YOCCA
CARLSON & RAUTH

-4-

15.     To the maximum extent permitted by law, neither the Debtor, Lynne Weaver, nor any of the professionals employed or retained by the Debtor in this case, shall have or incur any liability from any person or entity from the Petition Date to the Effective Date of the Plan for any act taken or omission made in good faith in connection with or related to the formulation and implementation of the Plan, or a contract, instrument, release, or other agreement or document created in connection therewith, the solicitation of acceptances for or confirmation of the Plan, except for willful misconduct or gross negligence, fraud or malpractice as construed under CA PRC 1.8.8.

16.     Once the Plan has been substantially consummated, or as otherwise appropriate, the Reorganized Debtor, or such other party as may be proper, may move the court, pursuant to § 350 of the Bankruptcy Code and Bankruptcy Rule 3022, for a final decree and order closing the Bankruptcy Case.

###

STRADLING YOCCA
CARLSON & RAUTH

-5-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10100 N. Santa Monica Blvd., Suite 1450, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___06/29/2026___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Service List

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) ___06/29/2026___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

See Attached Mailing List

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___06/29/2026___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
VIA FEDERAL EXPRESS
The Honorable Deborah J. Saltzman
United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/29/2026 | Suzanne Johnson | /s/ Suzanne Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 2                              **F 9021-1.2.BK.NOTICE.LODGMENT**

## *SERVICE LIST*

**2:25-bk-16321-DS Notice will be electronically mailed to:**

*Matthew Botting on behalf of Creditor Sunset Distributing LLC*
*matt.botting@yahoo.com*

*Howard Camhi on behalf of Creditor Manchester Business Park LLC*
*hcamhi@mrllp.com,*
*bankruptcy@mrllp.com;camhihr98234@notify.bestcase.com;wgenovese@mrllp.com*

*Moriah Douglas Flahaut (TR)*
*df@echoparklegal.com, C194@ecfcbis.com;fritz@echoparklegal.com*

*Matthew C. Heyn on behalf of Creditor California Department of Tax and Fee*
*Administration*
*Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com*

*Razmig Izakelian on behalf of Creditor LA Clippers LLC*
*razmigizakelian@quinnemanuel.com*

*Gregory K Jones on behalf of Debtor GRDN Hospitality, LLC*
*gjones@stradlinglaw.com, smjohnson@sycr.com;smjohnson@stradlinglaw.com*

*Raffi Khatchadourian on behalf of Creditor Alliance Funding Group*
*raffi@hemar-rousso.com*

*Raffi Khatchadourian on behalf of Interested Party Courtesy NEF*
*raffi@hemar-rousso.com*

*Bernard J Kornberg on behalf of Creditor Live Oak Banking Company*
*bernie.kornberg@millernash.com, edgar.rosales@millernash.com*

*Carissa A Lynch on behalf of Creditor CA Franchise Tax Board*
*Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov*

*Noreen A Madoyan on behalf of U.S. Trustee United States Trustee (LA)*
*Noreen.Madoyan@usdoj.gov*

*United States Trustee (LA)*
*ustpregion16.la.ecf@usdoj.gov*

*Mailing List*

1 Touch Office Technology
PO Box 2226
Gardena, CA 90247

Airgas National Carbonation
PO Box 734673
Dallas, TX 75373-4673

Airgas USA LLC
PO Box 102289
Pasadena, CA 91189-2289

American Express Credit Card
American Express Business
PO Box 981535
El Paso, TX 79998-1535

Anachem Laboratories, LLC
140 Standard St
El Segundo, CA 90245-3832

Anthem Health Ins
Anthem Blue Cross
PO Box 659960
San Antonio, TX 78265-9146

Beleza Designs LLC
Attn General
62 Azure Pass Dr
Katy, TX 77494

Belmark Inc
PO Box 8814
Carol Stream, IL 60197-8814


Berkeley Yeast
2451 Peralta St
Oakland, CA 94607


Blue Label
3750 Lancaster New Lexington Rd SE
Lancaster, OH 43130


Brewers Association
PO Box 1679
Boulder, CO 80306


BSG Craftbrewing
Attn BSG
PO BOX 74769
Chicago, IL 60694-4769


California Bank & Trust Visa Card
California Bank & Trust
PO Box 85861
San Diego, CA 92186-5861


California Department of Tax
and Fee Administration
PO Box 942879
Sacramento, CA 94279-0055


California Craft Brewers Association
PO Box 807
Sacramento, CA 95812

California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531


Cameron Welding Supply
PO Box 266
Stanton, CA 90680


Citibank-Citi.com
Citi Advantage Credit Card
PO Box 70166
Philadelphia, PA 19176-0166


City of Inglewood
PO Box 743543
Los Angeles, CA 90074-3543


CLS Farms
7810 Robillard Road
Moxee, WA 98936


Concur Technologies Inc
62157 Collections Center Drive
Chicago, IL 60693


Crosby Hops
18564 Arbor Grove Rd NE
Woodburn, OR 97071


Crowler Nation
Attn Crowler Accounting Team
1820 Industrial Circle
Longmont, CO 80501

Crown Carton Company Inc
1820 E 48th Pl Unit C
Los Angeles, CA 90058


Cucamonga Medical Equipment
and Supplies
8400 Maple Place Suite 104
Rancho Cucamonga, CA 91730


D & D Engineering
119 W Hyde Park Blvd
Inglewood, CA 90302


Department of the Treasury Alcohol
and Tobacco Tax and Trade Bureau
PO Box 790353
St. Louis, MO 63179-0353


Dept of Industrial Relations
PO Box 511232
Los Angeles, CA 90051-3030


Dewey Pest Control
PO Box 7114
Pasadena, CA 91109-7214


DMM Packaging Inc
2401 Simpson St Ste A
Kingsburg, CA 93631


Don Thornburgh
466 Foothill Boulevard #220
La Canada Flintridge, CA 91011

Equipment Depot
12393 Slauson Ave
Whittier, CA 90606


Eurofins Microbiology
Laboratories Inc
8430 W Bryn Mawr Ave
Chicago, IL 60631


Fer studio
Attn Fer studio
1159 East Hyde Park Blvd
Inglewood, CA 90302


First Rate Electric
Attn Neville Milburn
5608 Clearsite St
Torrance, CA 90505-3254


Future Plan by Ascencus
23693 Network Place
Chicago, IL 60673-1236


Givaudan Flavors Corporation
1199 Edison Dr
Cincinnati, OH 45216


Grandstand
PO Box 3497
Wichita, KS 67201


Greater Los Angeles Zoo Association
5333 Zoo Drive
Los Angeles, CA 90027

GS1 US Inc
Dept 781271
PO Box 78000
Detroit, MI 48278-1271


Hemann Trust
7500 Agnew Ave
Los Angeles, CA 90045


Indie Hops
2505 SE 11th Avenue
Portland, OR 97202


InTouch Labels & Packaging
12 Technology Drive
North Chelmsford, MA 01863


Kaiser
PO Box 741562
Los Angeles, CA 90074-1562


Key Air Conditioning Co
10905 Laurel Ave
Santa Fe Springs, CA 90670


KHS USA Inc
PO Box 681014
Chicago, IL 60695-2014


KJ Can West LLC (Can-One)
1441 Huntington Drive
South Pasadena, CA 91030

LAX Equipment Inc
830 West Florence Avenue
Inglewood, CA 90301


Leverage House
1717 Capitol Ave
Sacramento, CA 95811


Linwood Engineering Inc
Attn AP
2301 Dupont Drive
Irvine, CA 92612


Live Oak Bank
Attn Keilah Spooner Assoc SA OfcSBB
1757 Tiburon Drive
Wilmington, NC 28403


Live Oak Line of Credit
1741 Tiburon Dr
Wilmington, NC 28403


Live Oak SBA Loan
1741 Tiburon Dr
Wilmington, NC 28403


Long Beach Jerky Co
1859 Berkshire Drive
Fullerton, CA 92833


Los Angeles County Fire Department
PO Box 513148
Los Angeles, CA 90051-1148

Los Angeles County
Sanitation District
PO Box 4998
Whittier, CA 90607-4998


Los Angeles County Tax Collector
Attn Bankruptcy Unit
PO Box 54110
Los Angeles, CA 90054-0110


Lyneer Staffing
PO Box 88911
Milwaukee, WI 53288-8911


Manchester Business Park 8740
S Sepulveda Blvd
Ste 100
Los Angeles, CA 90045


McCune Mechanical
174441 Brooklyn Avenue
Yorba Linda, CA 92886


MCG Boilers Inc
PO Box 913
Chino Hills, CA 91709


Microstar Keg Management LLC
PO BOX 912392
Denver, CO 80291-2391

Motus LLC
1 Beacon Street, Floor 15
Boston, MA 02108

MUN CPAs
2901 Douglas Blvd
Ste 290
Roseville, CA 95661

Oregon Fruit Products LLC
Attn Chris
PO Box 13490
Salem, OR 97309

Pneumatic Scale Angelus
25236 Network Place
Chicago, IL 60673-1252

Pro Refrigeration Inc
326 8th Street SW
Auburn, WA 98001

Prospero Equipment Corporation
7787 Bell Road
Windsor, CO 95492

Saxco
PO Box 848701
Los Angeles, CA 90084-8701

So Cal Gas
PO Box C
Monterey Park, CA 91756-5111

Southern California Edison
1551 W San Bernardino Road
Covina CA 91722-3407


Sovereign Flavors Inc
Attn Belen
4020 W Chandler Ave
Santa Ana, CA 92704


Sovos Compliance LLC
PO Box 347977
Pittsburgh, PA 15251-4977


Spectrum Business
PO Box 60074
City of Industry, CA 91716-0074


Swift Chip Inc
9415 Culver Blvd
Culver City, CA 90232


Systems Interface Inc
10802 47th Ave W
Mukilteo, WA 98275


The Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045


Troy Scarlott
7105 Hillgreen Drive
Dallas, TX 75214

Twining
2883 East Spring St
Ste 300
Long Beach, CA 90806

Uline
PO Box 88741
Chicago, IL 60680-1741

UPS
28013 Network Pl
Chicago, IL 60673-1280

Vantaggio HR Ltd
31726 Rancho Viejo Rd
Ste 202
San Juan Capistrano, CA 92675

Verizon
PO Box 660108
Dallas, TX 75266-0108

VIP
402 Watertower Cir
Colchester, VT 05446

WHC Lab
Prospect Lower, Newcastle
Wicklow, Co A63H0K8

Yakima Chief Hops LLC
Attn YCH Orders
306 Division St
Yakima, WA 98902

Yervant Krikorian
1555 Temescal Ave
Norco, CA 92860

Zee Company Inc
412 Georgia Ave Ste 300
Chattanooga, TN 37403

Zion Packaging (formerly Aluminati)
1695 California Avenue
Corona, CA 92881

Doug Flahaut
Echo Park Legal, APC
2210 W. Sunset Blvd., #301
Los Angeles, CA 90026

Bernie Kornberg
Miller Nash LLP
340 Golden Shore, Ste 450
Long Beach, CA 90802

City of Inglewood
One Manchester Boulevard
Inglewood, CA 90301

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0002

Alliance Funding Group
Attn Brian Knox, CLFP
Legal Recovery Manager
18231 Irvine Boulevard
Tustin, CA 92780

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017


Noreen A Madoyan
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017


Carissa A Lynch
CA Franchise Tax Board
P. O. Box 1720
Mail Stop: A-260
Rancho Cordova, CA 95741-1720


CDTFA
PO Box 942840
Sacramento, CA 94240


Los Angeles County Tax Collector
225 N Hill St #1
Los Angeles, CA 90012


Country Malt Group
PO Box 51602
Los Angeles, CA 90051


Lynne M. Weaver
18025 Sandy Cape Drive
Pacific Palisades, CA 90272


Fora Financial West LLC
Attn Jared D. Feldman
519 8th Avenue 11th Floor
New York, NY 10018-4581

Vox Funding, LLC
Attn Scott Greenberg
100 Park Ave 30th Floor New
York, NY 10017 -5516


MicroStar Keg Management, LLC
2401 15th Street
Denver, CO 80202
Attention:  Todd Erickson


Manchester Business Park
c/o ANR Asset Management Brokerage
8740 S. Sepulveda Blvd., #100
Westchester, CA 90045


Howard Camhi, Esq.
Michelman Robinson
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024


David Jordan
Bankruptcy Specialist
IRS
1220 SW Third Avenue, Suite G-O44
Portland, OR 97204


Brian Knox
Legal Recovery Manager
Alliance Funding Group
18321 Irvine Blvd.
Tustin, CA 92780

Dimitrios G Christopoulos
on behalf of Creditor Sunset
Distributing LLC
Christopoulos Law Group LLC
351 W Hubbard Street Ste 602
Chicago, IL 60654