GREGORY K. JONES, State Bar No. 181072
    gjones@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
10100 N. Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Telephone:  424-214-7000
Facsimile:  424-214-7010

Counsel for Debtor
GRDN HOSPITALITY, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DIVISION OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | CASE NO. 2:25-bk-16321-DS |
| GRDN HOSPITALITY, LLC, d/b/a Three Weavers Brewing Company, | Chapter 11 |
| Debtor. | SECOND SUPPLEMENTAL DECLARATION OF LYNNE WEAVER IN SUPPORT OF PLAN CONFIRMATION |
| | **Confirmation Hearing:** |
| | Date:  June 18, 2026<br>Time:  1:00 p.m.<br>Place:  Courtroom 1639<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

STRADLING YOCCA
CARLSON & RAUTH

4906-0852-3961v1/105909-0004

# SUPPLEMENTAL DECLARATION OF LYNNE WEAVER

I, Lynne Weaver, declare as follows:

I am the CEO/Manager of GRDN Hospitality, LLC, d/b/a Three Weavers Brewing Company ("the "Debtor"). As CEO/Manager, I am generally familiar with the Debtor's business, financial condition, policies and procedures, day to day operations and books and records. Except as otherwise indicated, the facts set forth in this second declaration (the "Second Declaration") are based upon my personal knowledge, my review of relevant documents, information provided to me by employees and consultants working under my supervision, or my opinions based on experience, knowledge, and information concerning the Debtor's operations and financial condition. If called upon to testify, I would testify competently to the facts as set forth in the Declaration.

1. On February 20, 2026, the Debtor filed its "Debtor's Amended Chapter 11 Subchapter V Plan" (the "Plan") [Docket No. 123]. Pages 12 through 14 of the Plan set forth proposed payments of projected disposable income for the five year term of the Plan. I worked with my counsel to prepare this part of the Plan.

2. Approximately four (4) months later, and in preparation for the hearing on confirmation of the Plan, I determined that it was appropriate to modify the monthly schedule. The Debtor commits to making payments of ninety percent (90%) of its quarterly net cash flow as projected disposable income.

3. On June 29, 2026, the Debtor submitted my "Supplemental Declaration of Lynne Weaver in Support of Plan Confirmation" (the "First Declaration") [Docket No. 206] in support of Plan confirmation. The First Declaration set forth, among other things, the minimum amounts to be paid over a 60 month period.

STRADLING YOCCA
CARLSON & RAUTH

-1-

4906-0852-3961v1/105909-0004

4.     While the First Declaration also stated that the Debtor would pay ninety percent (90%) of its net cash flow as projected disposable income, it did not set forth estimates of what that quarterly ninety percent payment would be.

5.     The Debtor estimates that, at the present time, priority tax claims total $458,304.50 (Franchise Tax Board - $8,034 (Claim No. 25); Los Angeles County Treasurer & Tax Collector - $85,871 (Claim No. 23); Employment Development Department - $35,704 (Claim Nos. 10 and 20); Internal Revenue Service - $215,522 (Claim No. 14); California Department Tax and Fee/Sales - $107,759.50 (Docket No. 188); California Franchise Tax Board (Schedule E/F) - $1,507; Department Treasury Alcohol & Tobacco - $3,907 (Schedule E/F)).

6.     As stated in my First Declaration, I believe that the claims of the Internal Revenue Service [Claim No. 14] and the Los Angeles County Treasurer and Tax Collector [Claim No. 23] will be further reduced based on pending negotiations, potentially by $150,000.

7.     The following table sets forth the Debtor's proposed payment schedule for the next 60 months.  I believe that these amounts demonstrate that the $458,304.50 in priority tax claims will be paid within 48 months of the Debtor's Petition Date, which was July 24, 2025:

| Monthly Payment No. | Minimum Payment Amount | Quarterly 90% Net Cashflow payment after Minimum payments and bank account reserves | Cumulative Payments |
|---|---|---|---|
| 1 | $0 | | $0 |
| 2 | $1,500 | | $1,500 |
| 3 | $1,500 | $0 | $3,000 |
| 4 | $1,500 | | $4,500 |

STRADLING YOCCA
CARLSON & RAUTH

4906-0852-3961v1/105909-0004

| | | | |
|---|---|---|---|
| 5 | $0 | | $4,500 |
| 6 | $0 | $0 | $4,500 |
| 7 | $0 | | $4,500 |
| 8 | $0 | | $4,500 |
| 9 | $0 | $0 | $4,500 |
| 10 | $3,000 | | $7,500 |
| 11 | $7,000 | | $14,500 |
| 12 | $15,000 | $4,000 | $33,500 |
| 13 | $15,000 | | $48,500 |
| 14 | $15,000 | | $63,500 |
| 15 | $9,000 | $8,000 | $80,500 |
| 16 | $7,000 | | $87,500 |
| 17 | $3,000 | | $90,500 |
| 18 | $3,000 | $0 | $93,500 |
| 19 | $1,000 | | $94,500 |
| 20 | $1,000 | | $95,500 |
| 21 | $1,000 | $0 | $96,500 |
| 22 | $5,000 | | $101,500 |
| 23 | $12,000 | | $113,500 |
| 24 | $20,000 | $6,000 | $139,500 |
| 25 | $20,000 | | $159,500 |
| 26 | $20,000 | | $179,500 |
| 27 | $17,000 | $12,000 | $208,500 |
| 28 | $13,000 | | $221,500 |
| 29 | $5,000 | | $226,500 |
| 30 | $5,000 | $0 | $231,500 |
| 31 | $3,000 | | $234,500 |

STRADLING YOCCA
CARLSON & RAUTH

4906-0852-3961v1/105909-0004

| | | | |
|---|---|---|---|
| 32 | $3,000 | | $237,500 |
| 33 | $3,000 | $0 | $240,500 |
| 34 | $8,000 | | $248,500 |
| 35 | $16,000 | | $264,500 |
| 36 | $25,000 | $8,000 | $297,500 |
| 37 | $25,000 | | $322,500 |
| 38 | $25,000 | | $347,500 |
| 39 | $19,000 | $16,000 | $382,500 |
| 40 | $16,000 | | $398,500 |
| 41 | $7,000 | | $405,500 |
| 42 | $7,000 | $0 | $412,500 |
| 43 | $4,000 | | $416,500 |
| 44 | $4,000 | | $420,500 |
| 45 | $4,000 | $0 | $424,500 |
| 46 | $10,000 | | $434,500 |
| 47 | $18,000 | | $452,500 |
| 48 | $26,000 | $10,000 | $488,500 |
| 49 | $26,000 | | $514,500 |
| 50 | $26,000 | | $540,500 |
| 51 | $20,000 | $20,000 | $580,500 |
| 52 | $17,000 | | $597,500 |
| 53 | $8,000 | | $605,500 |
| 54 | $8,000 | $0 | $613,500 |
| 55 | $5,000 | | $618,500 |
| 56 | $5,000 | | $623,500 |
| 57 | $5,000 | $0 | $628,500 |
| 58 | $12,000 | | $640,500 |

STRADLING YOCCA
CARLSON & RAUTH

-4-

4906-0852-3961v1/105909-0004

| 59 | $28,000 |          | $668,500 |
| 60 | $28,000 | $12,000 | $708,500 |

I declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 6th day of July 2026, at Inglewood, California.

Lynne Weaver

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 N. Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (specify): **Second Supplemental Declaration of Lynne Weaver in Support of Plan Confirmation**
will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **07/06/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Service List

[ X ] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[  ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _07/06/2026_ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
The Honorable Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

[]Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/06/2026 | Suzanne Johnson | /s/ Suzanne Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

## ***SERVICE LIST***

**2:25-bk-16321-DS Notice will be electronically mailed to:**

*Matthew Botting on behalf of Creditor Sunset Distributing LLC*
*matt.botting@yahoo.com*


*Howard Camhi on behalf of Creditor Manchester Business Park LLC*
*hcamhi@mrllp.com,*
*bankruptcy@mrllp.com;camhihr98234@notify.bestcase.com;wgenovese@mrllp.com*

*Moriah Douglas Flahaut (TR)*
*df@echoparklegal.com, C194@ecfcbis.com;fritz@echoparklegal.com*


*Matthew C. Heyn on behalf of Creditor California Department of Tax and Fee Administration*
*Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com*

*Razmig Izakelian on behalf of Creditor LA Clippers LLC*
*razmigizakelian@quinnemanuel.com*


*Gregory K Jones on behalf of Debtor GRDN Hospitality, LLC*
*gjones@stradlinglaw.com, smjohnson@sycr.com;smjohnson@stradlinglaw.com*

*Raffi Khatchadourian on behalf of Creditor Alliance Funding Group*
*raffi@hemar-rousso.com*

*Raffi Khatchadourian on behalf of Interested Party Courtesy NEF*
*raffi@hemar-rousso.com*

*Bernard J Kornberg on behalf of Creditor Live Oak Banking Company*
*bernie.kornberg@millernash.com, edgar.rosales@millernash.com*


*Carissa A Lynch on behalf of Creditor CA Franchise Tax Board*
*Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov*


*Noreen A Madoyan on behalf of U.S. Trustee United States Trustee (LA)*
*Noreen.Madoyan@usdoj.gov*

*United States Trustee (LA)*
*ustpregion16.la.ecf@usdoj.gov*