## United States Bankruptcy Court
### Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

# <u>NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN</u>

**DEBTOR(S) INFORMATION:**
GRDN Hospitality, LLC
**SSN:** N/A
**EIN:** 86–2281122
dba Three Weavers Brewing Company, LLC

1031 Manchester Boulevard
Unit A–E
Inglewood, CA 90301

**BANKRUPTCY NO.** 2:25–bk–16321–DS
**CHAPTER** 11

Notice is hereby given of the entry of an order of this Court confirming a chapter 11 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: July 7, 2026

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc11pln rev. 12/20) VAN–50

**213 / AUTU**